B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lionel Sawyer & Collins, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**88-0104611** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**316 E. Bridger, 2nd Flr.**<br>**Las Vegas, NV**<br>ZIP Code **89101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **300 S. Fourth Street, Ste. 1700**<br>**Las Vegas, NV 89101** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11       of a Foreign Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**     *** **Zachariah Larson 7787** ***     THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lionel Sawyer & Collins, Ltd.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr><td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br>      _____<br>      (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lionel Sawyer & Collins, Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Zachariah Larson** _____
Signature of Attorney for Debtor(s)

**Zachariah Larson 7787**
Printed Name of Attorney for Debtor(s)

**LARSON & ZIRZOW, LLC**
Firm Name

**810 S. Casino Center Blvd. #101**
**Las Vegas, NV 89101**

_____
Address

                **Email: mzirzow@lzlawnv.com**
**(702) 382-1170  Fax: (702) 382-1169**
Telephone Number

**January 30, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Todd E. Kennedy** _____
Signature of Authorized Individual

**Todd E. Kennedy**
Printed Name of Authorized Individual

**Director**
Title of Authorized Individual

**January 30, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re   **Lionel Sawyer & Collins, Ltd.**                     ,
                                       Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 931,626.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,826,343.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 99.04 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 547,448.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 931,626.00 | | |
| Total Liabilities | | | | 3,373,890.71 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Lionel Sawyer & Collins, Ltd.**                                          ,        Case No. _____

                                    Debtor

                                                                                      Chapter                    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

UNANIMOUS RESOLUTION OF THE
SOLE DIRECTOR OF LIONEL SAWYERS & COLLINS, LTD.
a Nevada Professional Corporation

The undersigned, being the sole director ("*Director*") of LIONEL SAWYER & COLLINS, LTD., a professional corporation (the *"Company"*), does hereby adopt and ratify the following resolutions as of January 30, 2015:

<u>CHAPTER 7 FILING OF THE COMPANY</u>

WHEREAS:  The undersigned has reviewed and considered the interests of the Company, including but not limited to, its creditors, and has reviewed and considered information presented to the undersigned and the undersigned believes necessary to evaluate and reach an informed decision, in connection with the Company filing a petition for relief under Chapter 7 of Title 7 of the United States Code ("*Chapter 7*"), in the United States Bankruptcy Court for the District of Nevada (the *"Bankruptcy Court"*).

RESOLVED:  The undersigned hereby authorizes and approves the Company filing a petition for relief under Chapter 7 in the Bankruptcy Court.

FURTHER RESOLVED:  Todd E. Kennedy, as the sole director of the Company (the *"Authorized Person"*), is hereby authorized and directed to execute and file on behalf of the Company the petition for relief under Chapter 7 in the Bankruptcy Court.

FURTHER RESOLVED: The Authorized Person shall be designated as the natural person responsible for carrying out the duties of the debtor, including but not limited to, executing all pleadings and paperwork required to effectuate the filing of the Chapter 7 and taking all action incidental thereto.  The execution of any document or instrument by the Authorized Person, on behalf of the Company, pursuant to these resolutions shall be conclusive evidence that such action has been authorized and approved by the Company in every respect.  For the avoidance of doubt, the resolutions adopted in this Unanimous Resolution of Director does not modify the rights and obligations of the Director as otherwise provided in law or any Articles/Bylaws governing the Company.

FURTHER RESOLVED: The undersigned authorizes, directs, ratifies and approves the hiring of the law firm of Larson & Zirzow to represent the Company in the above-referenced Chapter 7 bankruptcy case.

LIONEL SAWYER & COLLINS, LTD.

By: _____

Todd E. Kennedy, Director

B6A (Official Form 6A) (12/07)

.

In re      **Lionel Sawyer & Collins, Ltd.**                                                ,          Case No. _____
                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Lionel Sawyer & Collins, Ltd.**                                         ,   Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Various accounts with Bank of Nevada**<br><br>**Bank of America account** | -<br><br>- | **Unknown**<br><br>**Unknown** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposts for rented premises located at: 50 West Liberty Street, Reno, Nevada; 300 S. Fourth Street, Las Vegas, Nevada; and 308 & 310 S. Carson Street, Carson City, Nevada.** | - | **Unknown** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                        **0.00**
(Total of this page)

_**3**_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Lionel Sawyer & Collins, Ltd.**_____ ,  Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Unknown interest in ALAS  (value as of November 30, 2014) | - | 931,626.00 |
| | | Shares in Lionel Sawyer & Collins, Ltd (205) | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivables  (Estimated at $4.9 million) | - | Unknown |
| | | Various judgment liens in favor of Lionel Sawyer & Collins (amount unknown) | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    931,626.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Lionel Sawyer & Collins, Ltd.**                                             ,          Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Domain name:  lionelsawyer.com | - | 0.00 |
| | | Trademark for the name of  Zucker & Bishop | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3 floors of office and computer equipment-Las Vegas | - | Unknown |
| | | Aproximately 1 floor of office and computer equipment-Reno office | - | Unknown |
| | | Office and computer equipment-Carson City office | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lionel Sawyer & Collins, Ltd.**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **931,626.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Lionel Sawyer & Collins, Ltd.**                                                    ,   Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2/1/2011 | | | | | |
| **Creditor #: 1** **Western Alliance Bank** **c/0 Michael B. Wixom, Esq.** **Smith Larsen & Wixom** **1935 Village Center Circle** **Las Vegas, NV 89134** | - | | **Accounts receivables** | | | X | | |
| | | | Value $                    **Unknown** | | | | 2,826,343.28 | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | 2,826,343.28 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,826,343.28 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **Lionel Sawyer & Collins, Ltd.**                                          ,   Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**3**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Lionel Sawyer & Collins, Ltd.**                              Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **Account No.** | | | | **Wages** | | | | | |
| **Creditor #: 1** **Gregg Carlson** **2425 Granada Bluff Court** **Las Vegas, NV 89135** | - | | | | | | | | **Unknown** |
| | | | | | | | | **Unknown** | **Unknown** |
| **Account No.** | | | | **(Estimated $200,000)** | | | | | |
| **Creditor #: 2** **Payments due to employees for possible** **health benefits and medical claims** | - | | | | | | | | **Unknown** |
| | | | | | | | | **Unknown** | **0.00** |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __3__ continuation sheets attached to                              Subtotal                    **0.00**
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)          **0.00**          **0.00**

B6E (Official Form 6E) (4/13) - Cont.

In re    **Lionel Sawyer & Collins, Ltd.**                                    Case No. _____
                                                                      ,
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 3 (Client trust account-retainer funds) Bank Of Nevada 2700 W Sahara Ave Las Vegas, NV 89102** | - | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to                        Subtotal        **0.00**
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    **0.00**    **0.00**

B6E (Official Form 6E) (4/13) - Cont.

In re  **Lionel Sawyer & Collins, Ltd.**                                    Case No. _____
                                    ,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 11/24/2014 | | | | | |
| Creditor #: 4 Carson City Treasurer Attn:  Managing Member 201 N. Carson St., Suite 5 Carson City, NV 89701-4289 | - | | | Personal Property Taxes | | | | | 0.00 |
| | | | | | | | | 99.04 | 99.04 |
| Account No. | | | | 2014 | | | | | |
| Creditor #: 5 Nevada Dept. of Taxation Bankruptcy Section 555 E. Washington Avenue #1300 Las Vegas, NV 89101 | - | | | 2014 Modified Business Tax | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet _3_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 99.04 | 99.04 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 99.04 | 99.04 |

B6F (Official Form 6F) (12/07)

In re    **Lionel Sawyer & Collins, Ltd.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | 1/1/2015 Space rent | | | | |
| Creditor #: 1 50 West Liberty, LLC c/o Basin Street Properties Dept. 33800 P.O. Box 39000 San Francisco, CA 94139 | | - | | | | | | | 33,690.69 |
| Account No. | | | | | 11/1/2014 Office Supplies | | | | |
| Creditor #: 2 Abbott Trophies Attn:  Managing Member 953 E SAHARA AVE COMMERCIAL CENTER A-32 LAS VEGAS, NV 89104 | | - | | | | | | | 23.51 |
| Account No. | | | | | 12/12/2014 Services | | | | |
| Creditor #: 3 ADT Security Services Attn:  Managing Member P. O. Box 371878 Pittsburgh, PA 15250-7878 | | - | | | | | | | 125.97 |
| Account No. | | | | | 12/8/2014 Services | | | | |
| Creditor #: 4 ADVANTAGE GROUP, THE Attn:  Managing Member 131 California Ave. Reno, NV 89509 | | - | | | | | | | 343.25 |

__18__   continuation sheets attached

|  | Subtotal (Total of this page) | 34,183.42 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __Lionel Sawyer & Collins, Ltd._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/19/2014 | | | | |
| Creditor #: 5 Alsco Attn:  Managing Member 2300 N Commerce St North Las Vegas, NV 89030 | | - | Trade debt | | | | 43.00 |
| Account No. | | | Space rent | | | | |
| Creditor #: 6 Aphrodite Holdings, LLC Attn: Kali Holdings, LLC Attn: Bankruptcy Dept/Managing Agent 231 S. Third St., Ste. 130 Las Vegas, NV 89101 | | - | | | | | 1,500.00 |
| Account No. | | | 11/26/2014 | | | | |
| Creditor #: 7 AT&T Attn: Bankruptcy Dept/Managing Agent P.O. Box 5025 Los Angeles, CA 90074 | | - | Trade debt | | | | 3,858.00 |
| Account No. | | | Unpaid premiums- Employment Practices Liability Insurance | | | | |
| Creditor #: 8 Attorney's Liability Insurance Society Attn: Bankruptcy Dept/Managing Agent 311 South Wacker Dr., Ste 5700 Chicago, IL 60606 | | - | | | | | 0.00 |
| Account No. | | | Unpaid premiums --Professional liability Coverage | | | | |
| Creditor #: 9 Attorney's Liability Insurance Society Attn: Bankruptcy Dept/Managing Agent 311 Soutn Wacker Dr., Ste 5700 Chicago, IL 60606 | | - | | | | | 10,566.60 |

Sheet no. __1___ of __18___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,967.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lionel Sawyer & Collins, Ltd.**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 10 AUDIT ASSOCIATES Attn: Managing Member 3220 Blume Dr., Ste. 210 Richmond, CA 94806** | - | | 11/4/2014 Services | | | | 92.80 |
| Account No. **Creditor #: 11 Bank of America, Legal Department CA5-705-08-01 555 California Street, 8th Flr. San Francisco, CA 94104** | - | | Services | | | | 2,753.05 |
| Account No. **Creditor #: 12 Black & LoBello, PLLC Attn: Managing Member 10777 W. Twain Avenue, Third Floor Las Vegas, NV 89135** | - | | 10/31/2014 Services | | | | 1,299.90 |
| Account No. **Creditor #: 13 Bortlin-Bernard Partnership Attn: Bankruptcy Dept/Managing Agent 2500 E. Lake Ridge Shores Reno, NV 89519** | - | | Monthly space rent for 308 and 310 Carson Street, Carson City Nevada | | | | 3,375.00 |
| Account No. **Creditor #: 14 BULBMAN Attn: Managing Member PO BOX 12280 Reno, NV 89510** | - | | 11/19/2014 Services | | | | 76.21 |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,596.96**

B6F (Official Form 6F) (12/07) - Cont.

In re __Lionel Sawyer & Collins, Ltd._____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15**<br>**Creditor #: 15**<br>**Canon Solutions America**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 748404**<br>**Los Angeles, CA 90074** | - | | **12/11/2014**<br>**Trade debt** | | | | **2,834.91** |
| Account No. **16**<br>**Creditor #: 16**<br>**CAPITOL REPORTERS**<br>**Attn: Managing Member**<br>**208 N. Curry**<br>**Carson City, NV 89703** | - | | **11/10/2014**<br>**Services** | | | | **245.00** |
| Account No.<br>**Creditor #: 17**<br>**CARL'S DONUTS**<br>**Attn: Managing Member**<br>**6350 Sunset Corporate Drive**<br>**Las Vegas, NV 89120** | - | | **11/7/2014**<br>**Services** | | | | **178.50** |
| Account No.<br>**Creditor #: 18**<br>**CCRP/AG BofA Plaza Owner, LLC**<br>**Attn: Managing Member**<br>**PO Box 749985**<br>**Los Angeles, CA 90074-9985** | - | | **11/30/2004**<br>**Parking fees** | | | | **821.15** |
| Account No.<br>**Creditor #: 19**<br>**CCRP/AG BofA Plaza Owner, LLC**<br>**Attn: Managing Member**<br>**PO Box 749985**<br>**Los Angeles, CA 90074-9985** | - | | **1/1/2015**<br>**Past due rent** | | | | **164,256.90** |

Sheet no. __3___ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     **168,336.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lionel Sawyer & Collins, Ltd.**                                    , Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Creditor #: 20**<br>**CenturyLink**<br>**Attn:  Managing Member**<br>**PO Box 2961**<br>**Phoenix, AZ 85062-2961** | | - | | **12/4/20104**<br>**Services** | | | | 184.90 |
| Account No.<br>**Creditor #: 21**<br>**Charter Communications**<br>**Attn:  Managing Member**<br>**PO Box 60188**<br>**Los Angeles, CA 90060-0185** | | - | | **11/27/2014**<br>**Services** | | | | 135.00 |
| Account No.<br>**Creditor #: 22**<br>**City Centre Place**<br>**Attn:  Managing Member**<br>**375 Lewis Ave.**<br>**Las Vegas, NV 89101** | | - | | **12/31/2014**<br>**Services** | | | | 470.15 |
| Account No.<br>**Creditor #: 23**<br>**CLARK COUNTY**<br>**Attn:  Managing Member**<br>**500 S. Grand Central Pkwy.**<br>**Las Vegas, NV 89155** | | - | | **1/28/2013** | | | | 120.00 |
| Account No.<br>**Creditor #: 24**<br>**CLARK COUNTY RECORDER**<br>**Attn:  Managing Member**<br>**500 S. Grand Central Parkway**<br>**Las Vegas, NV 89155** | | - | | **8/29/2012**<br>**Services** | | | | 46.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       956.05

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lionel Sawyer & Collins, Ltd.**                                        ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 25 | | | | 10/31/2014 Trade debt | | | | |
| **Creditor #: 25 Consensus, LLC Attn: Bankruptcy Dept/Managing Agent 4790 Coughlin Pkwy., Box 504 Reno, NV 89519** | - | | | | | | | 4,025.00 |
| Account No. | | | | 11/6/2014 Services | | | | |
| **Creditor #: 26 CORPORATE INTELLIGENCE INTERNATIONAL Attn: Managing Member 707 SOUTH 10TH STREET Las Vegas, NV 89101** | - | | | | | | | 541.00 |
| Account No. | | | | 11/6/2014 Services | | | | |
| **Creditor #: 27 CORPORATION SERVICE COMPANY Attn: Managing Member PO BOX 13397 Philadelphia, PA 19101** | - | | | | | | | 541.00 |
| Account No. | | | | 11/1/2014 Services | | | | |
| **Creditor #: 28 CT CORPORATION SYSTEM Attn: Managing Member PO BOX 4349 CAROL STREAM, IL 60197-4349** | - | | | | | | | 852.00 |
| Account No. | | | | 11/19/2014 Services | | | | |
| **Creditor #: 29 CT Lien Solutions Attn: Managing Member P.O. Box 301133 Dallas, TX 75303** | - | | | | | | | 1,275.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              7,234.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lionel Sawyer & Collins, Ltd.**                                    ,    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.    **30** <br> **Creditor #: 30** <br> **Depo International** <br> **Attn: Bankruptcy Dept/Managing Agent** <br> **703 S. 8th Street** <br> **Las Vegas, NV 89101** | - | | | **12/19/2014** <br> **Trade deb** | | | | 5,403.55 |
| Account No. <br> **Creditor #: 31** <br> **DIAMOND ASSOCIATES, INC.** <br> **Attn:  Managing Member** <br> **4100 Spring Valley Rd. STE 510** <br> **Dallas, TX 75244** | - | | | **11/14/2014** <br> **Services** | | | | 392.00 |
| Account No. <br> **Creditor #: 32** <br> **DUNSEATH KEY COMPANY, INC.** <br> **Attn:  Managing Member** <br> **75 W ARROYO STREET** <br> **RENO, NV 89509** | | | | **11/13/2014** <br> **Services** | | | | 163.50 |
| Account No. <br> **Creditor #: 33** <br> **Elegant Flowers** <br> **Attn:  Managing Member** <br> **3441 W. Sahara Suite A-3** <br> **Las Vegas, NV 89102** | - | | | **11/25/2014** <br> **Offices supplies** | | | | 64.86 |
| Account No. <br> **Creditor #: 34** <br> **Elite Investigations** <br> **Attn: Bankruptcy Dept/Managing Agent** <br> **7435 S. Eastern Ave., Ste. 5-284** <br> **Las Vegas, NV 89123** | - | | | **11/21/2014** <br> **Services** | | | | 2,880.40 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,904.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lionel Sawyer & Collins, Ltd.**                                        ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/13/2014 | | | | |
| **Creditor #: 35**<br>**ELKO DAILY FREE PRESS**<br>**Attn: Managing Member**<br>**PO Box 717**<br>**Provo, UT 84603-0717** | - | | **Services** | | | | |
| | | | | | | | 59.67 |
| Account No. | | | 9/26/2014 | | | | |
| **Creditor #: 36**<br>**Esquire Deposition Solutions, LLC**<br>**Attn: Managing Member**<br>**P.O. Box 846099**<br>**Dallas, TX 75284-6099** | - | | **Services** | | | | |
| | | | | | | | 371.35 |
| Account No. | | | 11/30/2014 | | | | |
| **Creditor #: 37**<br>**Express Scripts**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**21653 Network Place**<br>**Chicago, IL 60673-1216** | - | | **Services** | | | | |
| | | | | | | | 21,141.27 |
| Account No. | | | 12/8/2014 | | | | |
| **Creditor #: 38**<br>**FedEx**<br>**Attn: Managing Member**<br>**PO BOX 371741**<br>**PITTSBURGH, PA 15250-7741** | - | | **Services** | | | | |
| | | | | | | | 1,122.72 |
| Account No. | | | 11/24/2014 | | | | |
| **Creditor #: 39**<br>**FedEx Office**<br>**Attn: Managing Member**<br>**P.O. Box 371741**<br>**PITTSBURGH, PA 15250-7741** | - | | **Services** | | | | |
| | | | | | | | 927.29 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,622.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lionel Sawyer & Collins, Ltd.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/1/2014 | | | | |
| Creditor #: 40 Fremont Street Experience Parking Corp. Attn: Managing Member 425 Fremont Street Las Vegas, NV 89101 | - | | | Parking fees | | | | 980.00 |
| Account No. | | | | 11/17/2014 | | | | |
| Creditor #: 41 GUARDIAN Attn: Managing Member PO Box 19005 Greenville, SC 29602-9005 | - | | | Life and AD&D Insurance | | | | 217.61 |
| Account No. | | | | 12/2/2014 | | | | |
| Creditor #: 42 Jinha Jung 272 Violet Note St. Henderson, NV 89074 | | | | Trade debt | | | | 3,961.00 |
| Account No. | | | | 11/24/2014 | | | | |
| Creditor #: 43 Junes Legal Services, Inc. Attn: Managing Member 630 S. Tenth St. Ste B Las Vegas, NV 89101 | - | | | Services | | | | 912.50 |
| Account No. | | | | 10/25/2014 | | | | |
| Creditor #: 44 LAS VEGAS REVIEW JOURNAL Attn: Managing Member PO BOX 920 Las Vegas, NV 89125-0920 | - | | | Services | | | | 449.76 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          6,520.87

B6F (Official Form 6F) (12/07) - Cont.

In re **Lionel Sawyer & Collins, Ltd.** ,            Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 45 **Creditor #: 45 LASERCARE, INC. Attn: Managing Member 1285 BARING BLVD, #125 Sparks, NV 89434** | - | | 11/18/2014 Office expense | | | | 854.27 |
| Account No. 46 **Creditor #: 46 LEAF Attn: Bankruptcy Dept/Managing Agent P.O. Box 644006 Cincinnati, OH 45264** | - | | 12/6/2014 Trade debt | | | | 1,846.00 |
| Account No. 47 **Creditor #: 47 LEGAL COPY CATS & PRINTING Attn: Managing Member 720 S. 4th St. Ste. 303 Las Vegas, NV 89101** | | | 10/7/2014 Services | | | | 71.35 |
| Account No. 48 **Creditor #: 48 LEGAL PROCESS SERVICE Attn: Managing Member 626 SOUTH 8TH STREET LAS VEGAS, NV 89101** | - | | 12/1/2014 Services | | | | 2,691.05 |
| Account No. 49 **Creditor #: 49 LexisNexis Attn: Managing Member P.O. Box 894166 Los Angeles, CA 90189** | - | | 11/30/2014 Trade debt | | | | 9,305.38 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          14,768.05

B6F (Official Form 6F) (12/07) - Cont.

In re **Lionel Sawyer & Collins, Ltd.** ,                Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 12/2/2014 Trade debt | | | | |
| Creditor #: 50 Litigation Services Attn: Managing Member PO Box 843298 Los Angeles, CA 90084 | - | | | | | | X | |
| | | | | | | | | 593.34 |
| Account No. | | | | NERC Charge No. 34B-2013-0070 | | | | |
| Creditor #: 51 Mardel Calloway c/o Nevada Equal Rights Commission NERC 34B-2013-0070 1820 East Sahara Ave., #314 Las Vegas, NV 89104 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 9/16/2014 Services | | | | |
| Creditor #: 52 Michael Best & Friedrich LLP Attn: Managing Member P.O. BOX 88462 Milwaukee, WI 53288-0462 | - | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | 11/11/2014 Services | | | | |
| Creditor #: 53 Michael D. Buschelman Consulting, Inc. Attn: Managing Member P. O. Box 51371 SPARKS, NV 89435 | - | | | | | | | |
| | | | | | | | | 225.00 |
| Account No. | | | | 11/3/2014 Trade debt | | | | |
| Creditor #: 54 Microsoft Licensing, GP Attn: Bankruptcy Dept/Managing Agent P.O. Box 73843 Cleveland, OH 44193-0002 | - | | | | | | | |
| | | | | | | | | 11,968.02 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           12,786.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lionel Sawyer & Collins, Ltd.**                                                  ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 10/31/2014 Services | | | | |
| Creditor #: 55 Moana Nursery Attn:  Managing Member 1100 West Moana Lane Reno, NV 89509 | - | | | | | | | 260.00 |
| Account No. | | | | 10/29/2014 Services | | | | |
| Creditor #: 56 Moapa Valley Progress Attn:  Managing Member PO Box 430 Overton, NV 89040 | - | | | | | | | 126.00 |
| Account No. | | | | 11/26/2014 Services | | | | |
| Creditor #: 57 MOLEZZO  REPORTERS Attn:  Managing Member 201 West Liberty Street, Suite 202 Reno, NV 89501 | - | | | | | | | 0.00 |
| Account No. | | | | 12/3/2014 Services | | | | |
| Creditor #: 58 NEVADA LEGAL NEWS, LLC Attn:  Managing Member 930 S. Fourth St., #100 Las Vegas, NV 89101 | - | | | | | | | 1,683.35 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 59 Nossman LLP Attn: Bankruptcy Dept/Managing Agent 777 S. Figueroa St., 34th Flr. Los Angeles, CA 90017 | - | | | | | | | 23,628.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  25,697.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lionel Sawyer & Collins, Ltd.**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 10/9/2014<br>Services | | | | |
| **Creditor #: 60**<br>**NRAI Corporate Services**<br>**Attn: Managing Member**<br>**PO Box 4349**<br>**Carol Stream, IL 60197-4349** | - | | | | | | | | 194.00 |
| Account No. | | | | | 12/9/2014<br>Services | | | | |
| **Creditor #: 61**<br>**NV Energy**<br>**Attn: Managing Member**<br>**PO Box 30065**<br>**Reno, NV 89520-3065** | - | | | | | | | | 84.43 |
| Account No. | | | | | 5/112/2014<br>Trade debt | | | | |
| **Creditor #: 62**<br>**Oasis Reporting Services LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**400 S. 7th Street**<br>**Ste. 400 Box 7**<br>**Las Vegas, NV 89101** | - | | | | | | | | 5,729.26 |
| Account No. | | | | | 11/19/2014<br>Office expenses | | | | |
| **Creditor #: 63**<br>**OFFICE PLUS**<br>**Attn: Managing Member**<br>**705 Trademark Drive, Ste. 102**<br>**RENO, NV 89521** | - | | | | | | | | 317.37 |
| Account No. | | | | | 12/23/2014<br>Temp services | | | | |
| **Creditor #: 64**<br>**Office Team**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 743295**<br>**Los Angeles, CA 90074** | - | | | | | | | | 3,609.20 |

Sheet no. __12__ of __18__ sheets attached to Schedule of                       Subtotal                 9,934.26
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Lionel Sawyer & Collins, Ltd.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/30/2014 Services | | | | |
| Creditor #: 65 On Site LaserMedic Corporation Attn: Managing Member 21540 Prairie Street, Unit D Chatsworth, CA 91311 | - | | | | | | | 3,324.06 |
| Account No. | | | | 12/1/2014 Services | | | | |
| Creditor #: 66 PESTMASTER SERVICES, INC. Attn: Managing Member 9716 South Virginia Street, Ste. E Reno, NV 89511 | - | | | | | | | 82.00 |
| Account No. | | | | Service | | | | |
| Creditor #: 67 Piercy Bowler Taylor & Kern Attn: Bankruptcy Dept/Managing Agent 6100 Elton Ave., Ste. 1000 Las Vegas, NV 89107 | - | | | | | | | 10,400.00 |
| Account No. | | | | 12/20/2014 Services | | | | |
| Creditor #: 68 PIERCY, BOWLER, TAYLOR & KERN Attn: Managing Member 6100 ELTON AVE, STE 1000 LAS VEGAS, NV 89107 | - | | | | | | | 908.96 |
| Account No. | | | | 12/10/2014 Office expense | | | | |
| Creditor #: 69 PITNEY BOWES PURCHASE POWER Attn: Managing Member P. O. Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | | 1,066.20 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         15,781.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Lionel Sawyer & Collins, Ltd.**                                      , Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 11/30/2014 Trade debt | | | | |
| Creditor #: 70 Puliz Records Management Reno Attn: Bankruptcy Dept/Managing Agent 1095 Standard Street Reno, NV 89506 | - | | | | | | | 1,816.30 |
| Account No. | | | | 9/17/2014 Services | | | | |
| Creditor #: 71 QUALITY REPORTING SVS.INC. Attn: Managing Member 2481 VEGAS VALLEY LAS VEGAS, NV 89121 | - | | | | | | | 800.00 |
| Account No. | | | | 10/21/2014 Services | | | | |
| Creditor #: 72 QUiVX eDiscovery Attn: Managing Member 1 E. Charleston Blvd Suite 200 Las Vegas, NV 89104 | - | | | | | | | 0.00 |
| Account No. | | | | 12/1/2014 Services | | | | |
| Creditor #: 73 RENO GAZETTE-JOURNAL Attn: Managing Member PO BOX 677345 DALLAS, TX 75267-7345 | - | | | | | | | 167.00 |
| Account No. | | | | 12/4/2014 Trade debt | | | | |
| Creditor #: 74 RLI Insurance Co. Attn: Bankruptcy Dept/Managing Agent P.O. Box 844122 Kansas City, MO 64184 | - | | | | | | | 2,164.82 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 4,948.12

B6F (Official Form 6F) (12/07) - Cont.

In re **Lionel Sawyer & Collins, Ltd.**_____ ,     Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/1/2014 Services | | | | |
| Creditor #: 75 SHERIFF'S CIVIL PROCESS SECTION Attn: Managing Member PO BOX 553220 LAS VEGAS, NEV 89155-0000 | - | | | | | | | 10.00 |
| Account No. | | | | 7/27/2014 Trade debt | | | | |
| Creditor #: 76 Silver State Court Reporters Attn: Bankruptcy Dept/Managing Agent P.O. Box 51055 Sparks, NV 89435 | - | | | | | | | 3,281.50 |
| Account No. | | | | 12/9/2014 Services | | | | |
| Creditor #: 77 SOUTHWEST GAS CORPORATION Attn: Managing Member P.O. BOX 98890 LAS VEGAS, NV 89150-0101 | | | | | | | | 96.54 |
| Account No. | | | | 11/15/2014 Office expenses | | | | |
| Creditor #: 78 STAPLES Attn: Managing Member DEPT LA PO BOX 83689 CHICAGO, IL 60696-3689 | - | | | | | | | 57.42 |
| Account No. | | | | 10/10/2014 Services | | | | |
| Creditor #: 79 Sunshine Reporting and Litigation Servic Attn: Managing Member PO BOX 843298 Los Angeles, CA 90084-3298 | - | | | | | | | 91.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **3,536.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lionel Sawyer & Collins, Ltd.**                                        ,  Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/1/2014 | | | | |
| Creditor #: 80 Thomson Reuters GRC Payment Center Attn: Managing Member Payment Center P.O. Box 6292 Carol Stream, IL 60197-6262 | - | | Trade debt | | | | 48,877.76 |
| Account No. | | | 9/18/2014 | | | | |
| Creditor #: 81 Timothy R. Morse & Assoc. Attn: Bankruptcy Dept/Managing Agent 3140 S. Rainbow Blvd., Ste. 402 Las Vegas, NV 89146 | - | | Trade debt | | | | 2,100.00 |
| Account No. | | | 11/12/2014 | | | | |
| Creditor #: 82 Total Funds by Hasler Attn: Bankruptcy Dept/Managing Agent P.O. Box 30193 Tampa, FL 33630 | - | | Trade debt | | | | 3,053.58 |
| Account No. | | | 12/3/2014 | | | | |
| Creditor #: 83 TRUCKEE BAGEL, INC. Attn: Managing Member 18130 WEDGE PKWY Reno, NV 89511 | - | | Office expense | | | | 75.00 |
| Account No. | | | 6/28/2014 | | | | |
| Creditor #: 84 TRUSTS & ESTATES Attn: Managing Member PO BOX 5180 BRENTWOOD, TN 37024-5180 | - | | Trade debt | | | | 149.00 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         54,255.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lionel Sawyer & Collins, Ltd.**                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                          85 **Creditor #: 85 Tyler Technologies, Inc. Attn:  Managing Member P.O. Box 203556 Dallas, TX 75320-3556** | - | | 11/11/2014 Services | | | | 1,481.00 |
| Account No. **Creditor #: 86 UMR Attn: Carol Stannard 1759 Coarch Lane Suamico, WI 54173** | - | | 2014 Monthy services | | | | 7,500.00 |
| Account No. **Creditor #: 87 UMR Attn: Carol Stannard 1759 Coarch Lane Suamico, WI 54173** | - | | Stop loss premium | | | | 119,000.00 |
| Account No. **Creditor #: 88 UNITED PARCEL SERVICE Attn:  Managing Member PO BOX 894820 LOS ANGELES, CA 90189-4820** | - | | 12/13/2014 Services | | | | 83.13 |
| Account No. **Creditor #: 89 VERIO, INC. Attn:  Managing Member P.O. BOX 974727 DALLAS, TX 75397-4727** | - | | 12/1/2014 Services | | | | 190.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               128,254.13

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lionel Sawyer & Collins, Ltd.**                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Creditor #: 90** **Verizon Wireless** **Attn: Bankruptcy Dept/Managing Agent** **P.O. Box 660108** **Dallas, TX 75266** | - | | | **11/25/2014** **Trade debt** | | | | 3,996.34 |
| Account No. **Creditor #: 91** **WASTE MANAGEMENT** **Attn:  Managing Member** **P.O. Box 541065** **Los Angeles, CA 90054-1065** | - | | | **12/1/2014** **Utilities-Carson City** | | | | 44.86 |
| Account No. **Creditor #: 92** **Wolters Kluwer Law & Business** **Attn:  Managing Member** **P.O. Box 4307** **Carol Stream, IL 60197-4307** | - | | | **11/10/2014** **Trade debt** | | | | 123.93 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 4,165.13 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 547,448.39 |

B6G (Official Form 6G) (12/07)

.

In re    **Lionel Sawyer & Collins, Ltd.**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **50 West Liberty, LLC**<br>**c/o Basin Street Properties**<br>**Dept. 33800**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139** | **Lease Agreement dated 8/21/1990, as amended,**<br>**for the premises located at 50 West LIberty Street,**<br>**Reno, Nevada, Suite 1100** |
| **Behringer Harvard REIT I Funds, Inc.**<br>**Attn: Chief Legal Officer**<br>**15601 Dallas Parkway, Ste. 600**<br>**Addison, TX 75001** | **Notice party to Lease Agreement for Las Vegas**<br>**Premises** |
| **BofA Plaza, L.P.**<br>**Attn: Lease Administration**<br>**15601 Dallas Parkway, Ste. 600**<br>**Addison, TX 75001** | **Lease dated June 26, 2009 for that certain Leased**<br>**Premises located at 300 South Fourth Street, Las**<br>**Vegas, NV  89101, Suites 1500, 1600, and 1700**<br>**located in the Bank of America Plaza** |
| **BofA Plaza, L.P.**<br>**c/o Property Manager**<br>**300 South Fourth Street, Ste. 815**<br>**Las Vegas, NV 89101** | **Notice party to Lease Agreement for Las Vegas**<br>**premises.** |
| **Bortlin-Bernard Partnership**<br>**Attn: Managing Member**<br>**2500 E. Lake Ridge Shores**<br>**Reno, NV 89519** | **Commercial Lease Agreement for premises**<br>**located at 308 & 310 S. Carson Street, Carson**<br>**City, Nevada** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Lionel Sawyer & Collins, Ltd.**                                ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Lionel Sawyer & Collins, Ltd.**                                    Case No. _____
                                        Debtor(s)              Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __33__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 30, 2015**                              Signature   **/s/ Todd E. Kennedy**
                                                                      **Todd E. Kennedy**
                                                                      **Director**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Nevada

In re   __Lionel Sawyer & Collins, Ltd.__                                     Case No.   _____

                                          Debtor(s)                        Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT                     SOURCE

                $0.00                    **2013: Operation of Business  Unknown. (To be determined)**

                $0.00                    **2014: Operation of Business.  Unknown  (To be determined)**

                $0.00                    **2015 YTD Operation of Business (Operation ceased 12/31/2014)**

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT                     SOURCE

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Western Alliance Bank v. Lionel Sawyer & Collins, Ltd.: Case No. A-15-712097-B** | **Receivership** | **Eighth Judicial District Court, Clark County, Nevada** | **Receiver appointed** |
| **Lionel Sawyer & Collins Ltd. v. Structure Exhibit & Evvents Management: Case No. A14-711672-C** | **Collection on fee dispute** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |
| **MCA Financial Group Attn: Keith Bierman 4909 North 44th Street Phoenix, AZ 85018** | **Eighth Judicial District Court** | **1/23/2015** | **All books; records; and personal property.** |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                          4

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LARSON & ZIRZOW, LLC**<br>**810 S. Casino Center Blvd. #101**<br>**Las Vegas, NV 89101** | **1/20/2015** | **$8,900.00 plus all right, title and interest in and to the following vehicles (including titles):  2007 Toyota Corolla (VIN # 1NXBR32E67Z887885), Title for 2005 Toyota Corolla (VIN # 1NXBR32E85Z386610), Title for 2002 Toyota Rav4 (VIN # JTEHH20V720170499), Title for 2005 Toyota Corolla (VIN # 1NXBR32E75Z381673), and Title for 2007 Toyota Rav4 (VIN # JTMBD33V276049410).** |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown**<br><br>**Unknown** | **Unknown** | **Unknown** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                                              5

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

B7 (Official Form 7) (04/13)

6

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lionel Sawyer & Collins** | | **1700 Bank of America Plaza 300 South Fourth Street Las Vegas, NV 89101** | **Professional law firm** | **1969 through 12/31/2014** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)                                                                                                                                           7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Piercy Bowler Taylor & Kern**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**6100 Elton Ave., Ste. 1000**<br>**Las Vegas, NV 89107** | **Unknown** |
| **Gregg Carlson**<br>**316 E. Bridger, 2nd Flr.**<br>**Las Vegas, NV 89101** | **Unknown** |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■      of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■      of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐      and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **(unknown)** | **Gregg Carlson** | **Unknown** |

None   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **(unknown)** | **MCA Financial Group**<br>**Attn: Kieth Bierman (Receiver)**<br>**4909 North 44th Street**<br>**Phoenix, AZ 85018** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Todd Kennedy** | **Officer/Director** | **Owns 5 shares** |

B7 (Official Form 7) (04/13)    8

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                                    DATE OF WITHDRAWAL

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                              TITLE                    DATE OF TERMINATION

**Samuel S. Lionel**

**Richard H. Bryan**

**Jeffrey P. Zucker**☐

**Paul R. Hejmanowski**☐

**A. William Maupin**☐

**David N. Frederick**☐

**Rodney M. Jean**☐

**Todd M. Touton**☐

**Lynn S. Fulstone**☐

**Dan C. McGuire**☐

**John E. Dawson**☐

**Charles H. McCrea**☐

**Gregory E. Smith**☐

**Malani L. Kotchka**☐

**Matt E. Watson**☐

**Elizabeth Brickfield**☐

**Gregory R. Gemignani**☐

**Linda M. Bullen** ☐

**Christopher Mathews**☐

**Pearl L. Gallagher**☐

**Jennifer J. Gaynor**☐

B7 (Official Form 7) (04/13)                                                                                                    9

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**Christopher R. Walther**☐

**Kevin J. Hejmanowski**☐

**Matthew Policastro**☐

**Colleen A. Dolan**☐

**Jennifer A. Smith**☐

**Dan R. Reaser**☐

**Allen J. Wilt**☐

**Leslie Bryan Hart**☐

**Craig E. Etem**☐

**William J. McKean**☐

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Unknown** | **Unknown** | **Unknown** |
| Unknown | | |

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)                                                                                                                10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date    **January 30, 2015**                              Signature    **/s/ Todd E. Kennedy**
                                                                       **Todd E. Kennedy**
                                                                       **Director**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re **Lionel Sawyer & Collins, Ltd.**                                    Case No.
                                                        Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept ................................................. | $ | **8,900.00*** |
    | Prior to the filing of this statement I have received ..................................... | $ | **8,900.00** |
    | Balance Due ................................................................................................ | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☒ Debtor         ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor         ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____              /s/Zachariah Larson
                                                **Zachariah Larson 7787**
                                                **LARSON & ZIRZOW, LLC**
                                                **810 S. Casino Center Blvd. #101**
                                                **Las Vegas, NV 89101**
                                                **(702) 382-1170    Fax: (702) 382-1169**
                                                **mzirzow@lzlawnv.com**

---

*Plus all right, title and interest in and to the following vehicles (including titles):   2007 Toyota Corolla (VIN # 1NXBR32E67Z887885), Title for 2005 Toyota Corolla (VIN # 1NXBR32E85Z386610), Title for 2002 Toyota Rav4 (VIN # JTEHH20V720170499), Title for 2005 Toyota Corolla (VIN # 1NXBR32E75Z381673), and Title for 2007 Toyota Rav4 (VIN # JTMBD33V276049410).

# United States Bankruptcy Court
## District of Nevada

In re    **Lionel Sawyer & Collins, Ltd.**                  Case No.

                                         Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 30, 2015**                  **/s/ Todd E. Kennedy**

                                            **Todd E. Kennedy**/**Director**
                                            Signer/Title

LIONEL SAWYER & COLLINS, LTD.
316 E. BRIDGER, 2ND FLR.
LAS VEGAS, NV 89101

ZACHARIAH LARSON
LARSON & ZIRZOW, LLC
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD., SOUTH #4300
LAS VEGAS, NV 89101

DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 7346
PHILADELPHIA, PA 19101

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
P.O. BOX 551220
LAS VEGAS, NV 89155

(CLIENT TRUST ACCOUNT-RETAINER FUNDS)
BANK OF NEVADA
2700 W SAHARA AVE
LAS VEGAS, NV 89102

50 WEST LIBERTY, LLC
C/O BASIN STREET PROPERTIES
DEPT. 33800
P.O. BOX 39000
SAN FRANCISCO, CA 94139

ABBOTT TROPHIES
ATTN: MANAGING MEMBER
953 E SAHARA AVE
COMMERCIAL CENTER A-32
LAS VEGAS, NV 89104

ADT SECURITY SERVICES
ATTN: MANAGING MEMBER
P. O. BOX 371878
PITTSBURGH, PA 15250-7878

ADVANTAGE GROUP, THE
ATTN: MANAGING MEMBER
131 CALIFORNIA AVE.
RENO, NV 89509

ALSCO
ATTN: MANAGING MEMBER
2300 N COMMERCE ST
NORTH LAS VEGAS, NV 89030

APHRODITE HOLDINGS, LLC
ATTN: KALI HOLDINGS, LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
231 S. THIRD ST., STE. 130
LAS VEGAS, NV 89101

AT&T
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 5025
LOS ANGELES, CA 90074

ATTORNEY'S LIABILITY INSURANCE SOCIETY
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
311 SOUTH WACKER DR., STE 5700
CHICAGO, IL 60606

ATTORNEY'S LIABILITY INSURANCE SOCIETY
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
311 SOUTN WACKER DR., STE 5700
CHICAGO, IL 60606

AUDIT ASSOCIATES
ATTN: MANAGING MEMBER
3220 BLUME DR., STE. 210
RICHMOND, CA 94806

BANK OF AMERICA, LEGAL DEPARTMENT
CA5-705-08-01
555 CALIFORNIA STREET, 8TH FLR.
SAN FRANCISCO, CA 94104

BEHRINGER HARVARD REIT I FUNDS, INC.
ATTN: CHIEF LEGAL OFFICER
15601 DALLAS PARKWAY, STE. 600
ADDISON, TX 75001

BLACK & LOBELLO, PLLC
ATTN:  MANAGING MEMBER
10777 W. TWAIN AVENUE, THIRD FLOOR
LAS VEGAS, NV 89135

BOFA PLAZA, L.P.
ATTN: LEASE ADMINISTRATION
15601 DALLAS PARKWAY, STE. 600
ADDISON, TX 75001

BOFA PLAZA, L.P.
C/O PROPERTY MANAGER
300 SOUTH FOURTH STREET, STE. 815
LAS VEGAS, NV 89101

BORTLIN-BERNARD PARTNERSHIP
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
2500 E. LAKE RIDGE SHORES
RENO, NV 89519

BORTLIN-BERNARD PARTNERSHIP
ATTN: MANAGING MEMBER
2500 E. LAKE RIDGE SHORES
RENO, NV 89519

BULBMAN
ATTN:  MANAGING MEMBER
PO BOX 12280
RENO, NV 89510

CANON SOLUTIONS AMERICA
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 748404
LOS ANGELES, CA 90074

CAPITOL REPORTERS
ATTN:  MANAGING MEMBER
208 N. CURRY
CARSON CITY, NV 89703

CARL'S DONUTS
ATTN:  MANAGING MEMBER
6350 SUNSET CORPORATE DRIVE
LAS VEGAS, NV 89120

CARSON CITY TREASURER
ATTN:  MANAGING MEMBER
201 N. CARSON ST., SUITE 5
CARSON CITY, NV 89701-4289

CCRP/AG BOFA PLAZA OWNER, LLC
ATTN: MANAGING MEMBER
PO BOX 749985
LOS ANGELES, CA 90074-9985

CENTURYLINK
ATTN: MANAGING MEMBER
PO BOX 2961
PHOENIX, AZ 85062-2961

CHARTER COMMUNICATIONS
ATTN: MANAGING MEMBER
PO BOX 60188
LOS ANGELES, CA 90060-0185

CITY CENTRE PLACE
ATTN: MANAGING MEMBER
375 LEWIS AVE.
LAS VEGAS, NV 89101

CLARK COUNTY
ATTN: MANAGING MEMBER
500 S. GRAND CENTRAL PKWY.
LAS VEGAS, NV 89155

CLARK COUNTY RECORDER
ATTN: MANAGING MEMBER
500 S. GRAND CENTRAL PARKWAY
LAS VEGAS, NV 89155

CONSENSUS, LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
4790 COUGHLIN PKWY., BOX 504
RENO, NV 89519

CORPORATE INTELLIGENCE INTERNATIONAL
ATTN: MANAGING MEMBER
707 SOUTH 10TH STREET
LAS VEGAS, NV 89101

CORPORATION SERVICE COMPANY
ATTN: MANAGING MEMBER
PO BOX 13397
PHILADELPHIA, PA 19101

CT CORPORATION SYSTEM
ATTN: MANAGING MEMBER
PO BOX 4349
CAROL STREAM, IL 60197-4349

CT LIEN SOLUTIONS
ATTN: MANAGING MEMBER
P.O. BOX 301133
DALLAS, TX 75303

DEPO INTERNATIONAL
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
703 S. 8TH STREET
LAS VEGAS, NV 89101

DIAMOND ASSOCIATES, INC.
ATTN:  MANAGING MEMBER
4100 SPRING VALLEY RD. STE 510
DALLAS, TX 75244

DUNSEATH KEY COMPANY, INC.
ATTN:  MANAGING MEMBER
75 W ARROYO STREET
RENO, NV 89509

ELEGANT FLOWERS
ATTN:  MANAGING MEMBER
3441 W. SAHARA SUITE A-3
LAS VEGAS, NV 89102

ELITE INVESTIGATIONS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
7435 S. EASTERN AVE., STE. 5-284
LAS VEGAS, NV 89123

ELKO DAILY FREE PRESS
ATTN:  MANAGING MEMBER
PO BOX 717
PROVO, UT 84603-0717

ESQUIRE DEPOSITION SOLUTIONS, LLC
ATTN:  MANAGING MEMBER
P.O. BOX 846099
DALLAS, TX 75284-6099

EXPRESS SCRIPTS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
21653 NETWORK PLACE
CHICAGO, IL 60673-1216

FEDEX
ATTN:  MANAGING MEMBER
PO BOX 371741
PITTSBURGH, PA 15250-7741

FEDEX OFFICE
ATTN:  MANAGING MEMBER
P.O. BOX 371741
PITTSBURGH, PA 15250-7741

FREMONT STREET EXPERIENCE PARKING CORP.
ATTN:  MANAGING MEMBER
425 FREMONT STREET
LAS VEGAS, NV 89101

GREGG CARLSON
2425 GRANADA BLUFF COURT
LAS VEGAS, NV 89135

GUARDIAN
ATTN: MANAGING MEMBER
PO BOX 19005
GREENVILLE, SC 29602-9005

JINHA JUNG
272 VIOLET NOTE ST.
HENDERSON, NV 89074

JUNES LEGAL SERVICES, INC.
ATTN: MANAGING MEMBER
630 S. TENTH ST. STE B
LAS VEGAS, NV 89101

LAS VEGAS REVIEW JOURNAL
ATTN: MANAGING MEMBER
PO BOX 920
LAS VEGAS, NV 89125-0920

LASERCARE, INC.
ATTN: MANAGING MEMBER
1285 BARING BLVD, #125
SPARKS, NV 89434

LEAF
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 644006
CINCINNATI, OH 45264

LEGAL COPY CATS & PRINTING
ATTN: MANAGING MEMBER
720 S. 4TH ST. STE. 303
LAS VEGAS, NV 89101

LEGAL PROCESS SERVICE
ATTN: MANAGING MEMBER
626 SOUTH 8TH STREET
LAS VEGAS, NV 89101

LEXISNEXIS
ATTN: MANAGING MEMBER
P.O. BOX 894166
LOS ANGELES, CA 90189

LITIGATION SERVICES
ATTN: MANAGING MEMBER
PO BOX 843298
LOS ANGELES, CA 90084

MARDEL CALLOWAY
C/O NEVADA EQUAL RIGHTS COMMISSION
NERC 34B-2013-0070
1820 EAST SAHARA AVE., #314
LAS VEGAS, NV 89104

MICHAEL BEST & FRIEDRICH LLP
ATTN: MANAGING MEMBER
P.O. BOX 88462
MILWAUKEE, WI 53288-0462

MICHAEL D. BUSCHELMAN CONSULTING, INC.
ATTN: MANAGING MEMBER
P. O. BOX 51371
SPARKS, NV 89435

MICROSOFT LICENSING, GP
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 73843
CLEVELAND, OH 44193-0002

MOANA NURSERY
ATTN: MANAGING MEMBER
1100 WEST MOANA LANE
RENO, NV 89509

MOAPA VALLEY PROGRESS
ATTN: MANAGING MEMBER
PO BOX 430
OVERTON, NV 89040

MOLEZZO REPORTERS
ATTN: MANAGING MEMBER
201 WEST LIBERTY STREET, SUITE 202
RENO, NV 89501

NEVADA EQUAL RIGHTS COMMISSION
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1820 EAST SAHARA AVE.
LAS VEGAS, NV 89104

NEVADA LEGAL NEWS, LLC
ATTN: MANAGING MEMBER
930 S. FOURTH ST., #100
LAS VEGAS, NV 89101

NOSSMAN LLP
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
777 S. FIGUEROA ST., 34TH FLR.
LOS ANGELES, CA 90017

NRAI CORPORATE SERVICES
ATTN: MANAGING MEMBER
PO BOX 4349
CAROL STREAM, IL 60197-4349

NV ENERGY
ATTN:  MANAGING MEMBER
PO BOX 30065
RENO, NV 89520-3065

OASIS  REPORTING  SERVICES  LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
400 S. 7TH STREET
STE. 400 BOX 7
LAS VEGAS, NV 89101

OFFICE  PLUS
ATTN:  MANAGING MEMBER
705 TRADEMARK DRIVE, STE. 102
RENO, NV 89521

OFFICE  TEAM
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 743295
LOS ANGELES, CA 90074

ON  SITE  LASERMEDIC  CORPORATION
ATTN:  MANAGING MEMBER
21540 PRAIRIE STREET, UNIT D
CHATSWORTH, CA 91311

PAYMENTS  DUE  TO  EMPLOYEES  FOR  POSSIBLE
HEALTH  BENEFITS  AND  MEDICAL  CLAIMS

PESTMASTER  SERVICES,  INC.
ATTN:  MANAGING MEMBER
9716 SOUTH VIRGINIA STREET, STE. E
RENO, NV 89511

PIERCY  BOWLER  TAYLOR  &  KERN
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
6100 ELTON AVE., STE. 1000
LAS VEGAS, NV 89107

PIERCY,  BOWLER,  TAYLOR  &  KERN
ATTN:  MANAGING MEMBER
6100 ELTON AVE, STE 1000
LAS VEGAS, NV 89107

PITNEY  BOWES  PURCHASE  POWER
ATTN:  MANAGING MEMBER
P. O. BOX 371874
PITTSBURGH, PA 15250-7874

PULIZ  RECORDS  MANAGEMENT  RENO
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1095 STANDARD STREET
RENO, NV 89506

QUALITY REPORTING SVS.INC.
ATTN: MANAGING MEMBER
2481 VEGAS VALLEY
LAS VEGAS, NV 89121

QUIVX EDISCOVERY
ATTN: MANAGING MEMBER
1 E. CHARLESTON BLVD
SUITE 200
LAS VEGAS, NV 89104

RENO GAZETTE-JOURNAL
ATTN: MANAGING MEMBER
PO BOX 677345
DALLAS, TX 75267-7345

RLI INSURANCE CO.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 844122
KANSAS CITY, MO 64184

SHERIFF'S CIVIL PROCESS SECTION
ATTN: MANAGING MEMBER
PO BOX 553220
LAS VEGAS, NEV 89155-0000

SILVER STATE COURT REPORTERS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 51055
SPARKS, NV 89435

SOUTHWEST GAS CORPORATION
ATTN: MANAGING MEMBER
P.O. BOX 98890
LAS VEGAS, NV 89150-0101

STAPLES
ATTN: MANAGING MEMBER
DEPT LA
PO BOX 83689
CHICAGO, IL 60696-3689

STATE BAR OF NEVADA
ATTN: DAVID CLARK
600 E. CHARLESTON BLVD.
LAS VEGAS, NV 89104

SUNSHINE REPORTING AND LITIGATION SERVIC
ATTN: MANAGING MEMBER
PO BOX 843298
LOS ANGELES, CA 90084-3298

THOMSON REUTERS GRC PAYMENT CENTER
ATTN:  MANAGING MEMBER
PAYMENT CENTER
P.O. BOX 6292
CAROL STREAM, IL 60197-6262

TIMOTHY R. MORSE & ASSOC.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3140 S. RAINBOW BLVD., STE. 402
LAS VEGAS, NV 89146

TOTAL FUNDS BY HASLER
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 30193
TAMPA, FL 33630

TRUCKEE BAGEL, INC.
ATTN:  MANAGING MEMBER
18130 WEDGE PKWY
RENO, NV 89511

TRUSTS & ESTATES
ATTN:  MANAGING MEMBER
PO BOX 5180
BRENTWOOD, TN 37024-5180

TYLER TECHNOLOGIES, INC.
ATTN:  MANAGING MEMBER
P.O. BOX 203556
DALLAS, TX 75320-3556

UMR
ATTN: CAROL STANNARD
1759 COARCH LANE
SUAMICO, WI 54173

UNITED PARCEL SERVICE
ATTN:  MANAGING MEMBER
PO BOX 894820
LOS ANGELES, CA 90189-4820

VERIO, INC.
ATTN:  MANAGING MEMBER
P.O. BOX 974727
DALLAS, TX 75397-4727

VERIZON WIRELESS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 660108
DALLAS, TX 75266

WASTE MANAGEMENT
ATTN:  MANAGING MEMBER
P.O. BOX 541065
LOS ANGELES, CA 90054-1065

WESTERN ALLIANCE BANK
C/0 MICHAEL B. WIXOM, ESQ.
SMITH LARSEN & WIXOM
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

WOLTERS KLUWER LAW & BUSINESS
ATTN:  MANAGING MEMBER
P.O. BOX 4307
CAROL STREAM, IL 60197-4307

# United States Bankruptcy Court
### District of Nevada

In re   **Lionel Sawyer & Collins, Ltd.**
_____
                                            Debtor(s)

Case No. _____
Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lionel Sawyer & Collins, Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

**January 30, 2015**
_____
Date

**/s/ Zachariah Larson**
_____
**Zachariah Larson 7787**
Signature of Attorney or Litigant
Counsel for   **Lionel Sawyer & Collins, Ltd.**
_____
**LARSON & ZIRZOW, LLC**
**810 S. Casino Center Blvd. #101**
**Las Vegas, NV 89101**
**(702) 382-1170 Fax:(702) 382-1169**
**mzirzow@lzlawnv.com**