1  BRETT A. AXELROD (NV Bar No. 5859)
   MARK J. CONNOT (NV Bar No. 10010)  Electronically Filed February 3, 2015
2  **FOX ROTHSCHILD LLP**
   3800 Howard Hughes Parkway, Suite 500
3  Las Vegas, Nevada 89169
   Telephone: (702) 262-6899
4  Facsimile: (702) 597-5503
   Email: baxelrod@foxrothschild.com
5          mconnot@foxrothschild.com
6  *Counsel for CCRP/AG BOFA Plaza Owner, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-15-10462-mkn |
|---|---|
| LIONEL SAWYER & COLLINS, LTD., | Chapter 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>Hearing Date:   N/A<br>Hearing Time:   N/A |

CCRP/AG BOFA Plaza Owner, LLC, by and through its undersigned counsel, hereby enters its appearance on the record in the above-captioned bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b) and 2002, and hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with this proceeding. All notices and copies in response to the foregoing, and pursuant to Bankruptcy Rule 2002, should be directed to:

BRETT A. AXELROD, ESQ.
baxelrod@foxrothschild.com
MARK J. CONNOT, ESQ.
mconnot@foxrothschild.com
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

ACTIVE 28886852v1 02/03/2015                 1

and

DENNIS D. MILLER, ESQ.
dmiller@lubinolson.com
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, 94111

DATED this 3rd day of February, 2015.

**FOX ROTHSCHILD LLP**

By   *s/Brett A. Axelrod*
　　BRETT A. AXELROD
　　Nevada Bar No. 5859
　　MARK J. CONNOT, ESQ.
　　Nevada Bar No. 10010
　　3800 Howard Hughes Parkway, Suite 500
　　Las Vegas, Nevada 89169
*Counsel for CCRP/AG BOFA Plaza Owner, LLC*

ACTIVE 28886852v1 02/03/2015

2