**DENIED**
Denied without prejudice to calendaring the subject motion on regular notice.




Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 03, 2015

___

Michael B. Wixom, Esq.
Nevada Bar No. 2812
Katie M. Weber, Esq.
Nevada Bar No. 11376
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
mbw@slwlaw.com
kw@slwlaw.com
Attorneys for Secured Creditor
Western Alliance Bank

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LIONEL SAWYER & COLLINS, LTD.,<br><br>Debtor. | Case No.: 15-10462-mkn<br>Chapter 7<br><br>Date: OST Pending<br>Time: OST Pending |

**ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION TO EXCUSE RECEIVER FROM TURNOVER PURSUANT TO 11 U.S.C. § 543(d)**

This Court having considered the Application for Order Shortening Time to Hear Emergency Motion to Excuse Receiver from Turnover Pursuant to 11 U.S.C. § 543(d) (the "Motion to Excuse Turnover") filed by Secured Creditor Western Alliance Bank ("WAB"), and good cause appearing,

IT IS HEREBY ORDERED that the Application for Order Shortening Time to Hear the Motion to Excuse Turnover is hereby GRANTED; and

IT IS FURTHER ORDERED that WAB's Motion to Excuse Turnover shall be heard on shortened time by the Honorable Judge Mike K. Nakagawa on _____, 2015, at _____, in the Foley Federal Building and U.S. Courthouse, located at 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101; and

IT IS FURTHER ORDERED that any objections to WAB's Motion to Excuse Turnover shall be filed by _____, 2015; any responses to any objections shall be filed by _____, 2015; and that WAB's Motion to Excuse Turnover and this Order Shortening Time shall be served no later than _____, 2015.

Submitted by:

SMITH LARSEN & WIXOM

Michael B. Wixom, Esq.
Nevada Bar No. 2812
Katie M. Weber, Esq.
Nevada Bar No. 11736
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Secured Creditor
Western Alliance Bank

###

2