Jeanette E. McPherson, Esq., NV Bar No. 5423
Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com

*Attorneys for Yvette Weinstein, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LIONEL SAWYER & COLLINS, LTD.,<br><br>Debtor. | Case No. BK-S-15-10462-MKN<br><br>Chapter 7<br><br>**TRUSTEE'S NOTICE OF INTENT TO ABANDON ESTATE INTEREST IN PERSONAL PROPERTY REMAINING AT DEBTOR'S FORMER PREMISES LOCATED AT 50 WEST LIBERTY STREET, #1100, RENO, NEVADA**<br><br>(No hearing requested) |

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to LR 9014.1, the court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection within 21 days from the date of service of this paper.  If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located in Las Vegas at the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Las Vegas, Nevada, 89101, or in Reno at the United States Bankruptcy Court, 300 Booth Street, Reno, NV 89509, and serve a copy on the movant's attorney and any other appropriate persons.

**It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest.  If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.**

Notice Abandon Reno Contents.doc

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 6007(a) and 11 U.S.C. §554(a), YVETTE WEINSTEIN, Chapter 7 Trustee ("Trustee"), intends to and will abandon the following described non-exempt asset(s) as burdensome and of inconsequential value to the estate unless a creditor or other interested party files and serves a written objection pursuant LR 9014.1, within 21 days from the date of service of this paper, on the Trustee's attorney (Schwartzer & McPherson Law Firm) and any other appropriate person.

The Trustee intends to abandon the estate's interest in the following assets (the "Assets"):

**1.    All personal property remaining at Debtor's office space located at 50 West Liberty Street, #1100, Reno, Nevada ("Reno Office") consisting primarily of furniture and office equipment.**

Pursuant to Local Rule 9014.1(a)(4), notices of abandonment pursuant to Fed. R. Bankr. P. 6007(a) may be considered by the Court without an actual hearing under the negative notice procedure described in Local Rule 9014.1, if no party requests a hearing.

The Trustee has concluded that removal and liquidation of the contents of the Reno Office will not result in a net benefit for the estate or creditors. Since the expense of removing, storing and selling the Assets is expected to exceed any net benefit the Assets would provide the estate, these Assets constitute a burden to the estate and are of inconsequential value and benefit to the estate.

Based upon the foregoing, the Trustee hereby gives notice of her intent to abandon the Assets and requests an Order of this Court that the above-described Assets be deemed abandoned by the Trustee. **As set forth above, objections to this proposed abandonment that are not timely filed and served may be deemed waived and/or invalid**.

Dated this 27th day of February, 2015,

/s/   Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146

*Attorneys for Yvette Weinstein, Trustee*

Notice Abandon Reno Contents.doc