Jeanette E. McPherson, Esq., NV Bar No. 5423
Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for Yvette Weinstein, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LIONEL SAWYER & COLLINS, LTD.,<br><br>Debtor. | Case No. BK-S-15-10462-MKN<br><br>Chapter 7<br><br>**EX PARTE APPLICATION TO EMPLOY PIERCY BOWLER TAYLOR & KERN, NUNC PRO TUNC**<br><br>[No Hearing Requested] |

Yvette Weinstein, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Lionel Sawyer & Collins, Ltd. (the "Debtor") hereby moves the Court for entry of an order authorizing the Trustee to employ Piercy Bowler Taylor & Kern ("PBT&K") to provide tax preparation services for year 2014, and auditing services for the Debtor's profit sharing plan for the years 2014 and 2015 pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), *nunc pro tunc* to September 14, 2015. In support thereof, the Trustee respectfully states as follows:

## Introduction

1. On January 30, 2015, the Lionel Sawyer & Collins, Ltd., the Debtor, filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. Yvette Weinstein, the Trustee, was the duly appointed and is the acting Chapter 7 trustee.

## Jurisdiction and Venue

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1134. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

4. The statutory basis for the relief sought herein is Sections 327, 328, 1107 and 1108 of the Bankruptcy Code, and Bankruptcy Rule 2014.

5. Venue of the Debtor's chapter 7 case in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1408.

**Retention**

6. On or around September 14, 2015, the Trustee entered into an engagement with PBT&K to provide tax return preparation services for the year 2014 and preparation of the 2014 and 2015 audits due in connection with the Debtor's profit sharing plan. True and correct copies of the engagement letters with PBT&K (the "Engagement Letters") are attached as Exhibit "1" to the Declaration of James Wilcox (the "Wilcox Declaration") and Declaration of Kelly Parker (the "Parker Declaration").

7. Trustee has selected PBT&K because it has substantial audit, tax and consulting services experience and is well-qualified to provide tax return services for the estate. (See representative curricula vitae are attached to this Application as **Exhibit "1."**) In addition, prepetition, PBT&K performed tax related and audit services for the Debtor, and therefore, has familiarity with the Debtor's tax and audit related matters.

8. PBT&K anticipates that it will render tax return and audit preparation services for the Trustee. In particular and as set forth in the Engagement Letters, PBT&K anticipates the services it will provide will include, but are not limited to, the following:

a. Tax preparation services and related advice for the 2014 tax year.

b. Audits and any related documents necessary to be filed in connection with the Debtor's profit sharing plan for the years 2014 and 2015.

9. It is necessary for the Trustee to employ PBT&K for the preparation of the 2014 tax returns and for the audits required to be filed in connection with the Debtor's profit sharing plans.

**Disinterestedness**

10. As set forth in the Wilcox Declaration and Parker Declaration, PBT&K and its professionals assert that they do not hold or represent and have not previously held or represented

any interest adverse to the Debtor's estate. To the best of their knowledge, PBT&K and its professionals do not have any current or prior material connections to the Debtor, its creditors, the Trustee, their respective attorneys and accountants, or related parties, **except that PBT&K has provided tax preparation and audit services to the Debtor pre-petition.** PBT&K, however, was not owed anything by the Debtor as of the Petition Date and has no claim against Debtor's bankruptcy estate. See Wilcox Declaration and Parker Declaration.

11. To the best of the Trustee's and PBT&K's knowledge, PBT&K is disinterested within the meaning of Section 101(14) of the Bankruptcy Code in that PBT&K, its shareholders, and associates:

(a) are not creditors or insiders of the Debtor;

(b) are not and were not, within two years before the date of this application, a director, officer, or employee of Debtor as specified in subparagraph (c) of 11 U.S.C. § 101(14);

(c) do not hold an interest materially adverse to the interest of the estate or of any class of creditors or equity holders except as stated herein.

As such, PBT&K and its professionals are disinterested within the meaning of Section 101(14) of the Bankruptcy Code. See Wilcox Declaration and Parker Declaration.

11. PBT&K does not have any present or prior connection with the United States Trustee, any persons employed in the Office of the United States Trustee, or any judge of the United States Bankruptcy Court for the District of Nevada in this case. See Wilcox Declaration and Parker Declaration.

12. Finally, based upon the Wilcox and Parker Declarations, PBT&K does not hold or represent any interest that would impair PBT&K's ability to objectively perform the services contemplated herein. See Wilcox Declaration and Parker Declaration.

**Professional Compensation**

13. Trustee proposes that the compensation for the services of PBT&K be paid on a flat fee basis consistent with the terms and conditions of the Engagement Letters. Specifically, PBT&K has agreed that it will be paid the sum of $10,000 for providing 2014 tax preparation

services and related advice and will be paid the sum of $15,000.00 for the 2014 audit and $7,500.00 for the 2015 audit of the Debtor's profit sharing plan. See Wilcox Declaration and Parker Declaration.

14. PBT&K has agreed that it shall be paid by the former shareholders of the Debtor pursuant to an agreement PBT&K has reached with these shareholders and as set forth herein. See Wilcox Declaration and Parker Declaration. All fees and expenses owed to PBT&K will be paid by the former shareholders, and no monies shall be paid by the Trustee or the bankruptcy estate. See Wilcox Declaration and Parker Declaration.

**Conclusion**

WHEREFORE, Trustee respectfully requests authorization to employ Piercy Bowler Taylor & Kern, *nunc pro tunc* to September 14, 2015, with compensation and reimbursement of expenses to be paid solely by former shareholders of the Debtor, and for such other and further relief to the Trustee as the Court may deem proper.

DATED: September 16, 2015.

/s/ Yvette Weinstein
YVETTE WEINSTEIN, TRUSTEE

Prepared by:

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Attorneys for Yvette Weinstein, Trustee*

# EXHIBIT "1"

PIERCY BOWLER
TAYLOR & KERN

## **Kelly G. Parker**, CPA, Audit Principal



6100 Elton Avenue, Suite 1000, Las Vegas, Nevada 89107
Email: kparker@pbtk.com
Phone: 702-384-1120
Fax: 702-870-2474

**Kelly G. Parker** has been with the Firm since 1993 and is regarded as the firm's practice leader in audits of defined contribution pension plans such as 401(k) and profit sharing plans. He specializes in challenging and multi-entity engagements and the PBTK audit teams turn to him for technical advice and consulting on a daily basis - his door is always open to junior and seasoned auditors alike. In addition to providing audit and accounting services, he is closely involved in the related tax preparation for his clients and believes in a well-rounded team effort that will best benefit the client. He was made a Shareholder with the Firm in 2006.

Kelly has audited the Lionel Sawyer & Collins, Ltd. Profit Sharing Plan since the 2015 plan year.

**Industries**
Casino resorts, other gaming and wagering operations and allied business sectors, finance and leasing, equipment rental, vacation ownership, real estate development, general construction, residential construction, legal, defined contribution pension plans

**Services**
Public (SEC) and private company accounting and auditing, defined contribution pension plan auditing, internal control design and effectiveness testing

**Community Involvement**
Board of Directors, Treasurer – Leadership Academy of Nevada (Nevada Charter School); April 2013 – present

Committee to Form – Leadership Academy of Nevada; April 2012 – March 2013

Past President of the Western Pension & Benefits Conference – Las Vegas Chapter; past Treasurer of the BYU Management Society – Las Vegas, past Treasurer of Las Vegas Gem Club

**Education**
Master of Accountancy (Audit) and B.S. Accounting (Business Fundamentals Minor), Brigham Young University

**CPA certifications and permits**
Nevada, California, Indiana, Utah

**Memberships**
American Institute of Certified Public Accountants, Nevada Society of Certified Public Accountants

PIERCY BOWLER
TAYLOR & KERN

## **James W. Wilcox,** CPA, Tax Principal



6100 Elton Avenue, Suite 1000, Las Vegas, Nevada 89107
Email: JWilcox@pbtk.com
Phone: 702-384-1120
Fax: 702-870-2474

*Ask Jim about waterskiing, his grandchildren, 50-mile hikes over the continental divide, trying to maintain an edge over his wife's tennis game, or his love of cooking.*

**James W. Wilcox** is a Shareholder and a leader in the firm's tax practice. He specializes in tax planning and research for corporations and individuals and has lectured on all major federal tax reform legislation for the firm, its clients and other practitioners since 1984.

Jim has been the tax lead on the Lionel Sawyer & Collins account for the last 20 years and is most familiar with their structure and tax issues.

**Industries**
Real estate, timeshares, gaming, professional service corporations and individuals, foreign corporations, limited liability companies, and partnerships

**Services**
Tax preparation and planning, expert testimony, litigation support, representation before the IRS, reorganizations and liquidations, formation of partnerships and corporations and deal structuring

**Other Experience**
Board member and loan committee member for Cumorah Credit Union

**Education**
BS, Accounting - University of Utah BS
MS, Accounting – University of Nevada, Las Vegas

**CPA certifications and permits**
Nevada

**Other certifications, permits, awards, distinctions**
Former Chairman of the Liaison with Education Institutions Committee of the NSCPA,

**Memberships**
American Institute of Certified Public Accountants and the Nevada Society of Certified Public Accountants