Jeanette E. McPherson (NV Bar No. 5423)
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Counsel for Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LIONEL SAWYER & COLLINS, LTD.<br><br>Debtor. | Case No. BK-S-15-<br>Chapter 7<br><br>**DECLARATION OF JAMES WILCOX IN SUPPORT OF APPLICATION TO EMPLOY PIERCY BOWLER TAYLOR & KERN, NUNC PRO TUNC**<br><br>Date:<br>Time: |

I, James Wilcox, hereby declare as follows:

1. I am over the age of 18 and am mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this Declaration in support of the Application to Employ Piercy Bowler Taylor & Kern, Nunc Pro Tunc.

2. I am a shareholder of Piercy Bowler Taylor & Kern ("PBT&K") which maintains an office at 6100 Elton Avenue, Suite 1000, Las Vegas, Nevada 89107.

3. On or around September 14, 2015, PBT&K entered into an engagement with Yvette Weinstein, as Trustee for Lionel Sawyer & Collins, Ltd. ("Trustee") to provide tax return preparation services for the year 2014. A true and correct copy of the engagement letter is attached hereto as **Exhibit "1."** In addition, the Trustee entered into an agreement with PBT&K to provide auditing services for the Debtor's profit sharing plan for the years 2014 and 2015.

4. I am informed that the Trustee desires to retain and employ PBT&K as its special accountant in the above captioned Chapter 7 case to provide 2014 tax return preparation services

and audit services for the Debtor's profit sharing plan for the year 2014 and 2015 for the bankruptcy estate of Lionel Sawyer & Collins, Ltd. PBT&K has substantial audit, tax and consulting services experience and is well-qualified to act in the capacity of preparing tax returns for the Trustee. In addition, prepetition, PBT&K performed tax related services for the Debtor, and therefore, has familiarity with the Debtor's tax related matters.

5. PBT&K anticipates that the services it will provide will include, but are not limited to, the following:

a. Tax preparation services and related advice for the 2014 tax year.

b. Audits and any related documents necessary to be filed in connection with the Debtor's profit sharing plan for the years 2014 and 2015.

6. PBT&K and its professionals do not hold or represent and have not previously held or represented any interest adverse to the Debtor's estate.

7. **PBT&K is not owed any amounts from the Debtor with respect to fees and expenses incurred prepetition.**

8. PBT&K and its professionals do not have any current or prior material connections to the Debtor, its creditors, the Trustee, their respective attorneys and accountants, or related parties. As such, PBT&K and its professionals are disinterested within the meaning of Section 101(14) of the Bankruptcy Code.

9. PBT&K does not have any present or prior connection with the United States Trustee or any persons employed in the Office of the United States Trustee, any persons employed in the Office of the United States Trustee, or any judge of the United States Bankruptcy Court for the District of Nevada in this case.

10. PBT&K does not hold or represent any interest that would impair PBT&K's ability to objectively perform the services contemplated herein.

11. PBT&K has agreed to be paid on a flat fee basis consistent with the terms and conditions of the engagement letters. Specifically, PBT&K has agreed that it will be paid the sum of $10,000 for providing 2014 tax preparation services and related advice and will be paid the sum of $15,000.00 for the 2014 audit and $7,500.00 for the 2015 audit of the Debtor's profit sharing

plan. All fees and expenses owed to PBT&K will be paid by the former shareholders, and no monies shall be paid by the Trustee or the bankruptcy estate.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

Dated: September 14, 2015

James W. Wilcox

James Wilcox

# EXHIBIT "1"

P B T K
PIERCY BOWLER
TAYLOR & KERN
Certified Public Accountants
Business Advisors

September 14, 2015

Yvette Weinstein, Bankruptcy Trustee
Lionel Sawyer & Collins, Ltd., Profit Sharing Plan
6450 Spring Mountain Road, Suite 14
Las Vegas, Nevada 89146

Dear Ms. Weinstein:

Thank you for the opportunity to submit this letter, which sets forth our understanding of the terms and objectives of our engagement to provide professional services to the Lionel Sawyer & Collins, Ltd., Profit Sharing Plan (the Plan) in connection with its annual reporting obligation under the Employee Retirement Income Security Act of 1974 and related regulations. Details of scope and limitations of services to be provided, and certain responsibilities of management with respect thereto, are attached. These attachments are an integral part of this agreement.

Our fees will be based on our standard hourly rates. Our fees and out-of-pocket costs will be billed semi-monthly as incurred. Any fee estimates provided, whether presented herein or not, are subject to change as a result of significant changes in business activities, such as a business acquisition, or other conditions affecting audit scope. In addition, to the extent, if any, certain other circumstances arise during this engagement, many of which are noted in the attachments, our estimates could significantly be affected, and additional fees may be necessary.

Subject to the provisions set forth in the attachments, our fees for the requested services are estimated as follows:

| | |
|---|---|
| Audit of financial statements as of and for the year ended December 31, 2014 | $ 15,000 |
| Audit of financial statements for the period from January 1, 2015 through final payment/transfer of benefits in 2015 | 7,500 |
| Accounting or other non-attest services (included in audit fees above) | |

This letter, including the integral attachments thereto, constitutes the complete understanding between Piercy Bowler Taylor & Kern, Certified Public Accountants & Business Advisors, a Professional Corporation and the Plan relative to services to be rendered to the Plan and supersedes all proposals and other communications, oral or written.

We are confident that we can meet or exceed the service expectations of the Plan's administrative committee, trustees, former trustees and senior management and look forward to enjoying a mutually satisfying professional relationship for many years to come.

Please sign and return the enclosed confirmation copy of this letter authorizing us to proceed.

The individual signing below hereby confirms that he or she is duly authorized to do so on behalf of the Plan and its audit committee or administrative committee, trustees, former trustees and that the audit committee or administrative committee, trustees, former trustees has agreed to the terms contained in this letter. It is understood that management shall be provided with a copy of this letter and shall be bound by its terms.

Very truly yours,

***PIERCY BOWLER TAYLOR & KERN***

Kelly G. Parker, Engagement Principal

**ACCEPTED BY:** Y Weinstein **DATE:** 9/15/15

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

**DEFINED TERMS USED HEREIN**

| | |
|---|---|
| The Firm or PBTK | Piercy Bowler Taylor and Kern, Certified Public Accountants & Business Advisors, a Professional Corporation |
| The Plan | The Lionel Sawyer & Collins, Ltd., Profit Sharing Plan |
| Financial statements | The Plan's financial statements and related disclosures |
| Those charged with governance or financial oversight | The Plan's audit committee, finance committee, administrative committee, trustees, former trustees, *etc.* |
| AICPA | American Institute of Certified Public Accountants |
| FASB | Financial Accounting Standards Board |
| ASC | Financial Accounting Standards Board, *Accounting Standards Codification* |
| CPA | Certified Public Accountant |
| Engagement documentation | The Firm's electronic or paper engagement work documentation |
| DOL | Department of Labor |
| ERISA | Employee Retirement Income Security Act of 1974 and related regulations |
| SEC | United States Securities and Exchange Commission |
| PCAOB | United States Public Company Accounting Oversight Board |
| SAS | AICPA Statements on Auditing Standards |
| IRS | Internal Revenue Service |
| IRC | Internal Revenue Code |
| Required supplementary information | Information that a designated accounting standard setter requires to accompany the financial statements and considers to be an essential part of financial reporting for placing the financial statements in an appropriate operational, economic, or historical context. |
| Optional supplementary information | Information presented outside the financial statements, excluding required supplementary information, that is not considered necessary for the financial statements to be fairly presented in accordance with accounting principles generally accepted in the United States. |

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

| | |
|---|---|
| Other information | Financial and non-financial information (other than the financial statements and the auditor's report thereon) that is included in a document containing audited financial statements and the auditor's report thereon. |

**NATURE AND SCOPE OF AUDIT SERVICES TO BE PROVIDED**

**What we will audit.** We will audit the financial statements of the Plan as of December 31, 2014, and for the year then ended and the final period from January 1, 2015 thorugh final payment/transfer of benefits in 2015, prepared in accordance with accounting principles generally accepted in the United States, which financial reporting framework management has evaluated and determined to be acceptable and appropriate.

Our engagement will also include procedures related to required supplementary, optional supplementary or other information, as defined by applicable SAS and DOL rules and regulations for reporting and disclosure under ERISA that will accompany the financial statements, including the following schedules:

- Assets (held at end of year) and assets (acquired and disposed of within the year).
- Loans or fixed income obligations in default or classified as uncollectible.
- Leases in default or classified as uncollectible.
- Reportable transactions.
- Non-exempt transactions.
- Delinquent participant contributions.

However, our services will not include the preparation of the Plan's annual return/report on IRS/DOL Form 5500.

**Use of professional judgment.** The nature of the services to be provided requires that we exercise professional judgment in connection with virtually every procedure applied and conclusion reached throughout the engagement, which judgment may vary from that of another professional in the same or similar circumstances.

**Engagement acceptance and retention.** It is understood and agreed that our acceptance of this engagement was contingent upon satisfactory results of certain "due diligence" investigative procedures. Such procedures may be updated periodically and evaluated with other information in connection with our decision to retain or discontinue the engagement, particularly in connection with any significant change in key management personnel or those charged with governance or financial oversight. These procedures may include, among other things, (1) inquiries with professionals whom the Plan and those associated with the Plan have had significant relationships, for example, its attorney(s), banker(s), and predecessor auditors/accountants, if any, primarily about matters reflecting upon the integrity of management or those charged with governance or financial

## ATTACHMENT A
## DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

oversight, and (2) the search of public records for other indications possibly reflecting upon the integrity and professional conduct of these individuals or groups of individuals. It is agreed that we shall be provided with any necessary authorization to enable such professionals as we may select to respond frankly to our inquiries in this regard, and the Social Security numbers and home (current and immediately preceding) addresses of such individuals and others as we deem necessary to facilitate such due diligence investigation. In addition, management agrees to notify us as soon as practical in the event of becoming aware of the impending resignation or other termination of the chief executive/operating and chief financial/accounting officer(s) enabling us to seek, at our discretion, a special representation letter from such individual(s) while still employed.

**How the audit will be conducted.** Our audit will be planned and conducted in accordance with professional standards and rules generally accepted in the United States as are applicable in the circumstances. Accordingly, our principal goal will be to obtain reasonable, but not absolute, assurance that the financial statements are free of material misstatement (regardless of cause including, but not limited to, errors, fraudulent financial reporting, misappropriation of assets and violations of ERISA and other laws, rules or regulations) for the purpose of expressing our professional opinion that they are presented fairly, in all material respects, in accordance with accounting principles generally accepted in the United States.

As required under applicable SAS, we will examine, on a test basis, evidence sufficient in our professional judgment to support the amounts and disclosures in the financial statements and to enable us to evaluate the overall financial statement presentation, including the completeness, accuracy, and clarity of related disclosures. In that regard, we will need to communicate with the Plan's attorney(s), who may bill the Plan for preparing a response to our inquiries.

We will obtain an understanding and perform a preliminary assessment of the design effectiveness of internal control over financial reporting and update it annually, for the purpose of helping to determine the nature, timing, and extent (scope) of audit procedures needed to express our professional opinions on the financial statements. We will not express an opinion or any other form of assurance on the operating effectiveness of the Plan's internal control over financial reporting unless provided for elsewhere in this letter or by a separate written letter of engagement.

The scope of our audit procedures will be based, in part, on our annual assessment of the risk that material misstatements might occur and not be detected and corrected, whether as a result of fraud or other illegal acts (including violations of any laws or regulations) or errors. A material misstatement is defined for this purpose as one that would cause the financial statements to be misstated by an amount that in our judgment would likely make a difference to the intended financial statement users, identified to us by management below, whether intentional or unintentional. Nevertheless, principally because of the inherent characteristics of fraud and other illegal acts, particularly when involving forgery and collusion, an audit can afford only reasonable, but not absolute, assurance of discovery of a material misstatement in the financial statements as a consequence of a fraud or other illegal act. We will not perform procedures designed to detect misstatements that are not material. However, if indications of possible fraud or other illegal acts (including violations of any laws or regulations) or errors come to our attention, we will report such matters to management and those charged with governance or financial oversight of the Plan.

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

If necessary or requested, we will provide routine advice and recommendations to management with respect to its financial reporting obligations and as to the preparation of the financial statements, but only to an extent limited, as necessary in our sole judgment, to comply with relevant independence rules and regulations. Our responsibility with respect to such financial statements; however, shall be limited solely to matters relating to the scope and results of our services as will be described in our report. Accordingly, despite any preparation advice or recommendations that may be provided by us, management is solely and fully responsible for the Plan's financial statements and the assertions made or implied therein.

In addition, we will perform certain procedures directed at considering the Plan's compliance with applicable IRS requirements for tax-exempt status and ERISA plan qualification requirements. However, you should understand that our audit will not be specifically designed, and should not be relied upon, to disclose matters affecting plan qualifications or compliance with IRS and ERISA requirements. If during the audit, we become aware of any instances of any such matters or ways in which management practices can be improved, we will communicate them to you.

The AICPA's Audit and Accounting Guide, *Employee Benefit Plans*, requires that, before an auditors' report on financial statements can be filed with a Form 5500, the auditor must review the Form 5500 and consider whether there are any material inconsistencies between the information in the Form 5500 and the financial statements or any material misstatements of fact. Therefore, we will be unable to complete our audit of the financial statements and issue our report thereon until the completed Form 5500 (including any related schedules) has been provided for our review. It should be understood that the term "review" as used in this context does not have the same meaning as that of a level of attest service that supports limited assurance. Accordingly, we will not issue an opinion or other form of assurance on the Plan's Form 5500.

**Intended users of the financial statements.** The Plan's financial statements will be intended for the following third-party users and/or purposes and no others unless we are subsequently notified in writing:

- For filing with the DOL and IRS as a attachment to the Plan's annual return/report on Form 5500.
- For distribution to the Plan's participants.

In the event we are notified in writing that the financial statements and our report thereon are to be provided to other users for other purposes, we reserve the right to apply additional procedures at our sole discretion, possibly subject to revised billing arrangements, before we authorize such additional distribution and use of our report.

**Reporting**. If, during the course of our engagement, we encounter circumstances that could preclude our issuance of an unmodified standard report, we will notify management and those charged with governance or financial oversight and attempt to resolve the matter satisfactorily prior to the issuance of the related report.

As previously discussed, we expect that our report may have to be modified from the standard report form because, as permitted by the DOL's rules and regulations for reporting and disclosure under ERISA (29 CFR

## ATTACHMENT A
## DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

2520.103-8), you have requested that we not perform any auditing procedures with respect to the investments, investment transactions and related income certified by the custodian(s)/trustee(s), who administers the Plan, holds its investment assets and executes investment transactions, except for comparing the information with the related information included in the financial statements.

Because of the significance of the information that we will not audit, we will be unable to, and will not, express an opinion on the financial statements, as a whole. The form and content of the information included in the financial statements other than that derived from the information certified to by the custodian/trustee, will be audited in accordance with applicable SAS and other professional standards and rules generally accepted in the United States, and will be subjected to tests of your accounting records and other procedures necessary to enable us to express an opinion that they are presented in compliance with the DOL's rules and regulations for reporting and disclosure under ERISA. If for any reason we are unable to complete the engagement, we will not issue a report on this engagement.

The required supplementary information presented with the financial statements is required by applicable standards. Although we will apply limited procedures to this information, we will not express an opinion or other form of assurance thereon.

The optional supplementary information presented with the financial statements will be presented for purposes of additional analysis and subjected to the procedures applied in our engagement relative to the financial statements. Therefore, we will express an opinion on the optional supplementary information in relation to the financial statements as a whole.

The other information presented with the financial statements will be presented for purposes of additional analysis. Although we will apply limited procedures to this information, we will not express an opinion or other form of assurance thereon.

If, as a result of our work, any matters come to our attention that, (1) in our judgment, represent significant deficiencies (including the most serious, called "material weaknesses") in internal control over financial reporting that we believe could adversely affect management's ability to record, process, and summarize financial data, and to produce reliable financial statements or to adequately safeguard its resources, or (2) constitute other reportable matters under professional standards such as, but not limited to, possible fraud or other illegal acts, we will communicate them to management and those charged with governance or financial oversight together with any other findings we believe warrant attention, and may offer related recommendations for improvement. If requested, we will be pleased to meet with management and/or those charged with governance or financial oversight, to discuss such matters. There can be no assurance that our services will discover all material weaknesses or other significant deficiencies in internal control over financial reporting.

All reports and other written communications issued by us relative to all services provided will be delivered and entrusted to an appropriate officer or management executive, who will be responsible for timely distribution to intended users or their representatives. We will not be responsible, ordinarily, for the distribution thereof to intended users.

## ATTACHMENT A
## DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

Our written reports and other communications will be addressed to those charged with governance or financial oversight to whom we are obligated under professional standards to make certain required communications.

Our engagement to perform the professional services described herein shall not constitute our agreement to be associated with any documents reproduced, published or otherwise distributed by or on behalf of the Plan, electronically or in print media except as authorized by us in this letter or otherwise in writing. Any reports or other communications that we may issue in connection with these services may not be distributed or published in any document containing other material without the express written consent of our Firm, except as may be required by law or regulatory provision. It is our professional responsibility and policy to review any material containing financial information with which we are, or are likely to become, associated prior to approving its distribution. Accordingly, it is agreed that we shall be allowed the opportunity to review such material, for example, as may be included in a private or public offering document, on a website, in a newsletter or in an annual report, that is intended to contain our report or any reference to our Firm, or any accounting or other significant financial information with which we are, or are likely to become, associated, at least in their final draft or printers' proof stage, and preferably earlier stages, as well, and to make necessary revisions as we may reasonably require, prior to any distribution outside of management and those charged with governance or financial oversight. It is understood that any fee estimates provided herein do not include fees that would be incurred in connection with any services we deem necessary for us to perform in connection with and precedent to granting our authorization for any such distribution not expressly contemplated in the terms set forth herein.

**Misstatements discovered in previously issued financial statements.** If misstatements or omissions are discovered in previously issued financial statements, it shall be management's responsibility to make a timely assessment of the materiality of such matters, both quantitatively and qualitatively and, in consultation with securities counsel, if applicable, and those charged with governance or financial oversight, to determine whether it is necessary to restate any financial statements affected or attempt to notify users of such financial statements, including regulatory agencies, that the financial statements are no longer to be relied upon. In no event shall any public notification be issued by management or any representative thereof without our advance approval of the content. In the event of a restatement, our fees for any additional work that we, in our sole discretion, determine must be performed in connection therewith shall be based on our then standard billing rates, plus any out-of-pocket expenses incurred.

**Management responsibilities and representations.** Management responsibilities include responding fully and truthfully to all inquiries made by us and understanding that the nature of the service(s) provided by us requires that our service team exercise professional judgment in connection with virtually every aspect of and throughout the engagement, and understanding that the nature of services to be provided by our Firm's service team requires the exercise of professional judgment in connection with virtually every aspect thereof, and that such professional judgments might vary from those of another professional in the same or similar circumstances. In addition, other management responsibilities include, but are not limited to, those listed in Attachment B, which is an integral part of this agreement.

At the conclusion of our engagement, it is agreed that management will provide us with a letter of representation

## ATTACHMENT A
## DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

that will reconfirm representations about material matters that were (or should have been) made to us during the course of the engagement and will acknowledge, among other things, the foregoing responsibilities of management for, (1) the financial statements, (2) maintaining effective internal control by designing, adopting, and implementing sound policies and procedures and, when required, documenting, testing and assessing its internal control over financial reporting, and (3) either making all proposed adjustments or determining, based on management's materiality assessments, if any proposed adjustments will not be made. Any proposed adjustments waived at management's request will be communicated to those charged with governance or financial oversight. This letter of representation will also set forth management's understanding of the term "material" for purposes thereof.

It is also hereby agreed that the Plan shall release, indemnify, defend, and hold our Firm (and its shareholders, principals and other employees and their heirs, executors, personal representatives, successors, and assigns) harmless from any liability and costs resulting from knowing misrepresentations by management personnel made to us in connection with our services.

Because of a rapidly widening gap in the applicability (to either auditors or financial statement issuers) of certain professional standards, rules or regulations, dealing with accounting, internal control, auditing and auditors'/accountants' independence that depend significantly on the financial statement issuer's status as either privately-held *vs*. a current (or planned) SEC issuer (including, among other significant things, indemnification clauses and the nature and extent of non-audit services that may be provided by independent auditors), it is agreed that we will be notified as soon as practical should management begin to consider a change in such status, for example, through a planned registration of securities or other transaction that would cause the financial statements to be filed with the SEC, or consolidated with the financial statements of another entity that is an issuer, or a planned "going private" transaction. In connection with such a change in status, we shall not be responsible for any noncompliance with any applicable standards, rules or regulations, or other requirements in the event we are not informed in a timely manner of such consideration or intent.

**Licensing and independence.** We hereby represent that our Firm is duly licensed to perform this engagement, and, in our professional judgment, independent under all applicable rules, regulations and interpretations. In addition, we represent that we know of no relationships that a reasonably informed person might consider an impairment of our independence under such requirements with regard to this engagement.

### ACCOUNTING AND CERTAIN OTHER NON-ATTEST SERVICES

We will perform accounting and other non-attest services as necessary or requested, including the following:

- Assist the Plan's bookkeeper in preparing adjustments to the accounts included in the trial balance (for example, cash to accrual basis conversion, depreciation, income tax provision, *etc*.).
- Preparation of the financial statements and related disclosures.
- Preparation of required supplementary information/schedules, if any.

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

- Preparation of optional supplementary information/schedules, if any.
- Preparation of other information/schedules, if any.

Preparation of financial statements and any journal entries that may be necessary in that connection are non-attest services that are subject to the limitations discussed below including under "Other terms, Limitations on services provided." Our responsibility with respect to such financial statements and accompanying information shall be limited solely to matters expressed in our reports.

To protect our independent status, you hereby represent to us that Yvette Weinstein, Bankruptcy Trustee, has been designated to oversee and accept responsibility on behalf of management for these or any other services other than those involving reporting on the financial statements, and you assert that based on management's assessment, Yvette Weinstein possesses suitable skill, knowledge, and/or experience to do so, meaning that Yvette Weinstein understands the services performed sufficiently to oversee them, but is not required to possess the expertise to perform or re-perform the services. In that regard you agree that management will provide us with sufficient support for the foregoing assertion regarding Yvette Weinstein's qualifications You also agree that Yvette Weinstein will be responsible, and hereby acknowledge responsibility, for all necessary management decisions and all necessary management functions, to evaluate the adequacy and results of the services performed, and to establish and maintain appropriate and effective internal controls, including monitoring ongoing activities with regard to such services and functions. We will be pleased to explain our recommendations to members of management and others to the extent necessary to enable them to make appropriate decisions, but we will not assume management's responsibility for making the decisions. Moreover, we shall not perform any services that are not pre-approved by those charged with governance or financial oversight or of a type that would impair our independence as auditors/accountants under applicable standards, rules or regulations.

**SERVICES NOT SPECIFICALLY IDENTIFIED HEREIN**

We will also be available to provide, on an as requested basis, other management consulting services, if permissible in our judgment under applicable independence requirements (see OTHER TERMS, Limitations on services to be provided, below), and in accordance with established professional standards and rules applicable to such services, for example, in connection with financial or business matters. However, except for the hourly billing rates listed below, neither this letter nor any fee estimates included herein are intended to cover any services not described herein. In the event that significant additional or alternative professional services are requested, possibly upon our recommendation, or are determined to be required, it is probable that a supplemental or revised letter of engagement will be required setting forth the nature and limitations of such additional or alternative services and the terms under which we will perform them.

We will not accept responsibility for any management decisions or functions or perform any work that may be considered beyond routine advice or that may put us in a position of auditing our own work, for example, designing or implementing a new accounting system, or performing extensive valuation services, such as may be related to infrastructure assets. Accordingly, our services will not include, for example:

## ATTACHMENT A
## DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

- Serving as a member of management or a governance body.
- Developing policies or making policy decisions affecting the direction of operations.
- Supervising employees.
- Authorizing transactions.
- Maintaining custody of the Plan's assets.

### FEES, TIMING AND BILLING ARRANGEMENTS

Except as otherwise explained elsewhere herein, our fees for the services described herein will be based on our Firm's standard hourly billing rates, as summarized below, which, in turn, are based generally on the various experience levels of those assigned to perform the services. Our current standard hourly billing rates, which are subject to change without notice, are as follows:

- Principals $275 -450
- Managers $175 -235
- Senior Associates $135 -160
- Staff Associates $110 -125

We will provide appropriate personnel with a list of account and transaction analyses, documentation and other information well before our fieldwork begins, and supplement it as deemed necessary, to enable us to complete the services described herein efficiently. Management's failure to provide the requested account and transaction analyses, documentation and other information in time to meet any statutory or other deadline could result in monetary penalties or other adverse consequences for which we will not be responsible in addition to an adverse effect on our time and fees, as discussed below. Furthermore, sufficient time must be provided to allow us to complete our work, including the resolution of any open issues to our satisfaction, without undue pressure or hardship.

Any estimate of time and fees provided, whether or not presented herein, has been or will be made in reliance on information provided to us by management, excludes any time or fees for additional services as may be necessary or requested, and is or will be subject to change as a result of any significant change in business activities (such as a business acquisition or disposal, or other conditions increasing or decreasing the engagement scope) and the level of assistance expected from the Plan's personnel. Therefore, current and future years' fees may increase or decrease based on actual circumstances.

Possible circumstances that, if encountered, would likely result in increased time and fees include, but are not limited to, the following:

## ATTACHMENT A
## DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

- Changes in the timing of the engagement at management's request.
- Changes in applicable accounting or other professional standards.
- Unexpected and significant changes in the Plan's operations, operating components, assets, liabilities or capital structure.
- Changes in accounting policies or practices or identification of significant new accounting issues (particularly when not identified and/or resolved by management).
- Misstatements discovered in financial statements of prior periods and any resultant restatements thereof.
- Management's failure to provide requested trial balances (adjusted as appropriate), analysis schedules, electronic data files and other information and documents timely and. if applicable, in acceptable format. mathematically correct, and in agreement with the general ledger or other documents.
- Previously unknown deficiencies in accounting records, an unexpected number of proposed adjustments, or other internal controls over financial reporting.
- Significant changes in key accounting personnel and/or their responsibilities or diminished availability or changes in the financial reporting process, including the information technology systems and related controls.
- An unexpected, unusually significant number of changes to draft financial statements.

As suggested above, when unexpected, unfavorable circumstances such as described above occur, there is a presumption that our fees will exceed our estimate, if any, although not always. We will advise management and those charged with governance or financial oversight, as appropriate, when these or other unforeseen circumstances occur. It is management's responsibility to assist us in minimizing our time associated with these or other unforeseen circumstances and, if requested, we will provide management with an estimate of the additional fees to be incurred. However, it is frequently not practical to make meaningful estimates of additional fees caused by inadequate or untimely assistance or as a result of the previously discussed circumstances, including the necessity for our personnel to prepare account and transaction analyses to meet our scheduling commitments or the Plan's deadlines.

Rest assured, we are committed to controlling the fees and costs that the Plan is charged for the services described herein and meeting our fee estimate, if any. However, the Plan must be equally committed to controlling the costs that we incur in providing these services, particularly when a fee estimate has been provided. When your staff has accurately prepared requested account and transaction analyses and assembled requested documentation and other information so that our procedures can commence and proceed as scheduled, we are efficient and our costs are consistent with our fee estimate, if any. When your staff is not ready and we have to work around critical account and transaction analyses, documentation and other information, start and stop work, or reschedule the timing of services, our costs increase exponentially. In addition to simply taking more time to complete your engagement, creating down time (or wait time), additional deadline pressures, and inefficiencies on your engagement and other client engagements, frequently we are also unable to rearrange the timing of the services we have agreed to provide to other clients. In other words, unexpected, unfavorable circumstances, including extreme deadline pressures, make us inefficient, disrupt our practice, and impair the

## ATTACHMENT A
## DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

quality of service we strive to provide to all our clients.

Except as otherwise provided for herein, fees and out-of-pocket expenses will be billed twice monthly as the work progresses, and our invoices will be payable upon presentation. An additional finance charge of 1% per month will be added in the event of payment later than 30 days after invoicing or otherwise due. Unless satisfactory alternative arrangements are made, it is understood that failure to pay our invoices timely could impair our independence, may result in discontinuance of our services pending a satisfactory resolution, and possibly prevent the timely completion of your engagement.

For all legally binding purposes, payments received by PBTK shall be applied to our most recent invoice first, regardless of which invoice(s) are identified by the payee, PBTK's receivable records or any other payment arrangements.

**OTHER TERMS**

**Term of agreement.** Subject to a new letter of engagement, it is agreed that this agreement may be considered for renewal annually for subsequent years, under substantially the same terms unless and until terminated by either party for any reason or amended in writing, for example, for changes in fee arrangements or other clarification or modification of terms. Nevertheless, our engagement will be considered complete each year following the rendering of all reports and communications agreed to on an annual basis. However, in the event of a significant change in management, or the composition of those charged with governance or financial oversight, continuation of these arrangements will be subject to the results of our normal investigatory client acceptance procedures and our approval of new management or other key personnel.

**Limitations on services to be provided.** It is acknowledged that management is primarily responsible for safeguarding the Plan's resources and for fair presentation of its financial statements and that the primary purpose of an our services is to add credibility to the assertions of management embodied in those financial statements for the benefit of third party users thereof. Accordingly, it is agreed that our responsibility to detect misstatements in the Plan's financial statements, whether unintentional or the result of fraudulent misrepresentations or misappropriations, shall be limited to third party users of the financial statements, and shall not extend to the Plan, which hereby agrees to hold us harmless with respect to any claims for losses it might sustain as a result of any such misstatements.

In performing the foregoing and any other services, we will not perform or accept responsibility for any management functions or management decisions for the Plan, all of which shall be the sole responsibility of the Plan's management. Therefore, it is agreed that management shall be responsible to establish and maintain appropriate internal controls, to evaluate and accept responsibility for any implementation decisions and for assessing the adequacy of any accounting and non-attest services that we may be asked to perform and for the results thereof, and to designate an individual who possesses suitable skill, knowledge, and/or experience to oversee such services and will provide us with sufficient support for its assessment of the qualifications of such individual and advise us of this designation, in writing.

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

**Conflicts of interest and other issues.** In the unlikely event that a potential conflict of interest, significant client-imposed scope restriction, or other issue arises that, in our sole judgment, (1) affects our ability to provide services in accordance with applicable regulatory requirements, ethical, or other professional standards, or (2) causes us to doubt the credibility of management's representations, we may be required to suspend our services until a satisfactory resolution can be achieved, or we may have to terminate our services and resign from the engagement.

**Confidentiality and access to and maintenance and retention of engagement documentation.** Please be assured that consistent with our professional responsibility, we will keep confidential all client information obtained during the course of providing services, subject to the following provisions:

- It is understood and agreed that our engagement documentation may be required to be reviewed by others in connection with a legal or regulatory proceeding or by regulators or other professionals similarly bound by confidentiality requirements if selected for inspection in connection with our system of quality control or a professional practice monitoring program.

- It is understood and agreed that we shall have unrestricted, direct access to any attorney engaged by the Plan, who, likewise, shall be duly authorized to discuss any legal matters without other specific authorization and without regard to client confidentiality, subject to any applicable attorney-client and accountant-client privileges.

- It is understood and agreed that, from time to time, when and if deemed necessary in our sole judgment, we have your permission to consult with other CPAs outside of our Firm with whom we have relationships and who are bound by the same ethical restrictions applicable to all CPAs as to certain complex technical accounting and related matters. The costs of such consultations, generally at hourly rates similar to our own, will be included in our billings to the Plan, as out-of-pocket expenses.

- It is understood and agreed that, in connection with research and/or benchmarking purposes, we may at any time provide to a third-party service provider financial information about the Plan, without identifying the Plan, that otherwise would be considered confidential.

- During the course of our engagement, it may be necessary or desirable to transmit confidential information electronically by e-mail or other means to or from the Plan or other authorized individuals or entities assisting in the engagement. Such communications will be appropriately encrypted when required by law. However, e-mail travels over the public internet, which is not a secure means of communication; and therefore, despite any encryption or written notification to readers of the confidentiality of the contents of these communications, it is understood that such confidentiality may be compromised. Nevertheless, the Plan agrees to our use of e-mail or other electronic methods as appropriate in our judgment to transmit and receive confidential information to such persons or entities to whom we may otherwise be authorized to communicate in connection with our engagement. Furthermore, the Plan also agrees to retain any electronic communication received from us for no longer than a reasonable time as may be necessary to serve its intended purpose and to comply with any statutory record retention requirements and those of the Plan's own written policies.

- In the event we receive a duly issued subpoena or summons requesting that we produce documents or testify in regards to this engagement, unless we are advised that we are legally prohibited from doing so, we will notify management and those charged with governance or financial oversight prior to responding, thus enabling an attorney to initiate, during the allowed time for responding, any such legal action as the attorney deems appropriate to protect such information from discovery at the Plan's expense. Although an accountant-client privilege may exist for certain proceedings, it is agreed that we are not under any obligation to assert such privilege at our expense to protect any such information from discovery. In the event access to our

## ATTACHMENT A
## DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

engagement documentation is otherwise requested by any regulatory agency, we will not permit such access without the Plan's permission unless advised that we are legally required to do so.

Except as otherwise provided in this paragraph, all engagement documentation prepared or accumulated by us in support of our report(s) on the financial statements and, if applicable, the tax returns will remain our property at all times, and it is agreed that they will be retained by us for a limited time in accordance with all applicable professional, legal, and regulatory requirements and our normal record retention/destruction policies and practices, but no less than seven years following the completion or other termination of our services for each period (except for certain records relative to audit engagements subject to the standards of the PCAOB that are terminated without issuance of a report) after which they will no longer be available. It is understood and agreed that under our normal record retention/destruction policies and practices, such records may be stored off premises in a public facility, and may ultimately be destroyed by a third-party service provider, all subject to appropriate security measures. We are not responsible to maintain records on the Plan's behalf in support of the financial statements or tax returns and we will not be responsible to the Plan for loss or damage to our engagement documentation or the Plan's documents as a result of catastrophic events, physical deterioration, or as a result of the application of our own record retention/destruction policies and practices in accordance with all applicable laws and regulations. Original paper documents and other records provided to us by you in connection with our engagement shall remain the Plan's property and will be returned to appropriate management or other designated employees as soon as practical following completion of the engagement. It shall be the management's responsibility to retain and protect the Plan's records for possible future use, including potential examination by any government or other regulatory agencies and otherwise pursuant to required records and retention statutes and regulations. Legal or other professional counsel should be obtained by the Plan for guidance on any specific statutory or regulatory requirements that may apply or specific records and retention policies that may be mandated.

In the event our services are terminated for any reason, subject to our withholding of certain information that we, in our sole judgment, may regard as proprietary, we will make our engagement documentation available to, and respond to inquiries of, a successor, consistent with professional standards, but only, (1) with regard to completed services, (2) if we are duly authorized by management to do so, and (3) if all of the following other conditions have been met:

- All our invoices have been paid, and satisfactory arrangements have been made for payment for any time and costs to be incurred in that connection.
- The successor executes a letter of understanding as to the use of information provided that we determine to be appropriate.
- We have not withdrawn from the engagement as a result of matters involving possible fraud or other illegal acts by management, client-imposed scope restrictions or other significant matters reflecting adversely on our perceptions of management integrity.
- There are no pending or threatened claims or litigation matters or ongoing regulatory investigations against our Firm with regard to any services provided or contracted for.

In the event our services are terminated prior to their completion for any reason, or if we decide in our sole

## ATTACHMENT A
## DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

discretion to withdraw from the engagement as a result of nonpayment (or slow payment) of fees or matters involving possible fraud or other illegal acts by management, client-imposed scope restrictions, threatened claims or litigation, or other significant matters reflecting adversely on our perceptions of management integrity, the Plan shall be liable for fees and expenses that are incurred during the succeeding 45 days following termination in the processes of file review and assembly in preparation for storage and retention pursuant to applicable professional standards and regulatory or statutory requirements and any applicable interest charges incurred during that period and thereafter.

# ATTACHMENT B
# MANAGEMENT RESPONSIBILITIES

**Management responsibilities.** Management responsibilities include responding fully and truthfully to all inquiries made by us and understanding that the nature of the service(s) provided by us requires that our service team exercise professional judgment in connection with virtually every aspect of and throughout the engagement, and understanding that the nature of services to be provided by our Firm's service team requires the exercise of professional judgment in connection with virtually every aspect thereof, and that such professional judgments might vary from those of another professional in the same or similar circumstances. In addition, other management responsibilities include, but are not limited to, the following:

**Transactions, records, estimates, adjustments and financial reporting:**

- Authorizing, initiating, processing, and reporting transactions only in connection with the legitimate business purposes and best interests of the Plan, including, but not limited to, all related party and other transactions outside the normal course of business, if any.

- Ensuring that such transactions comply with all applicable laws, regulations, and contractual agreements.

- Assessing materiality of all matters relative to financial reporting including, but not limited to, proposed adjustments applicable to the current or prior period financial statements (including disclosures), for purposes of determining which proposed adjustments, if any, may be waived, subject to our consideration, acceptance and approval.

- Ensuring that all material transactions (including significant estimates) have been recorded in the financial records underlying the financial statements including, but not limited to, related party transactions, sales or purchases of goods or services, loans, transfers, leasing arrangements or guarantees and related amounts receivable or payable.

- Understanding that the service(s) provided by us will not include preparing, or accepting any responsibility to prepare or assist in the preparation of, any fair value estimates to be contained in the financial statements.

- Ensuring the fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States, which financial reporting framework management has evaluated and determined to be acceptable and appropriate.

- Identifying, and disclosing to us, all affiliated entities and other related parties and transactions therewith including related amounts receivable or payable and ensuring that such transactions and balances are appropriately reported and disclosed in the financial statements in accordance with accounting principles generally accepted in the United States.

- Understanding that our services will not include performing an evaluation of the financial stability or qualifications of depository banks, other financial institutions or other service organizations including, but not limited to, computer service bureaus, investment advisors, brokers and agents.

- Understanding that we will neither determine nor opine as to solvency or insolvency for bankruptcy or other purposes since such would be a legal determination that may be made only by a court.

- Identifying, and disclosing to us, all matters that are material and relevant to the ability to continue as a going concern, and management's plans to address such matters and understanding that we will, when applicable, make reference in our report(s) as to uncertainty about the ability to continue as a going concern.

- Evaluating events or transactions that have occurred subsequent to the end of the most recent financial statement period to

## ATTACHMENT B
## MANAGEMENT RESPONSIBILITIES

be presented, but before the financial statements are issued or available for issuance (subsequent events) for possible recognition and/or disclosure in accordance with accounting principles generally accepted in the United States.

- Evaluating, reviewing, and approving all non-attest services performed by us including, but not limited to, any financial statement preparation assistance, analysis, and/or adjustments proposed by us and for designating appropriate management personnel to oversee such services and for ensuring that the designated person possesses suitable skills, knowledge, and/or experience to do so.

- Ensuring that any trusts established are appropriately qualified under the applicable IRC and related federal regulations and the intent to maintain such status.

- Identifying, and disclosing to us, all non-exempt transactions with parties in interest, as defined in ERISA and all investments, loans or leases in default or that are considered to be uncollectible.

- Ensuring the fair presentation of required supplementary, optional supplementary and other information in conformity with the DOL's rules and regulations for reporting and disclosure under ERISA, and that any disclosure about future intent accurately reflects our current expected course of action.

- Ensuring compliance with reporting and disclosure requirements under ERISA relating to the summary plan descriptions, summary of material modifications, and the summary annual report, as applicable.

- Understanding that if so instructed, our procedures will not extend to information prepared and certified by custodian(s)/trustee(s) as permitted by the DOL's rules and regulations for reporting and disclosure under ERISA (29 CFR 2520.103-8), other than comparing such information to the financial statements. Because of the significance of the information which we will not audit, we will not express an opinion on the financial statements as a whole.

- Understanding that management is responsible for the completeness and accuracy of the information prepared by and the certification of the custodian(s)/trustee(s).

### Internal control over financial reporting and fraud:

- Designing, implementing, establishing and maintaining effective internal control over financial reporting that provides reasonable assurance that, (1) the financial statements are fairly presented in conformity with accounting principles generally accepted in the United States, (2) resources are adequately safeguarded, (3) there is compliance with all applicable laws, regulations and contractual requirements, and (4) fraudulent and other illegal acts are detected and prevented, including those involving fraudulent financial reporting or misappropriation of assets possibly leading to financial statement misstatements.

- Evaluating the qualifications of all service organizations employed including, but not limited to, computer service bureaus, financial institutions, investment advisors, brokers and agents engaged, particularly as to their integrity and ability to perform the services requested in accordance with management's authorization(s), and ensuring that there is no use of, or reliance on, any services that we perform in making these evaluations.

- Identifying, and disclosing to us, any fraud that is either material, probably material or that, although not material, involves management or other employees who have a significant role in internal control over financial reporting.

- Identifying, and disclosing to us, any communication from or actions by law enforcement or regulatory agencies concerning possible, alleged or suspected fraud, deficiencies in financial reporting practices or other noncompliance with

## ATTACHMENT B
## MANAGEMENT RESPONSIBILITIES

laws, regulations or contractual requirements or any other illegal acts.

- Assessing the expected benefits and the related costs of all control procedures, including any additional or alternative procedures recommended by us.

- Understanding that a *deficiency* in internal control over financial reporting exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect misstatements on a timely basis. A *material weakness* is a deficiency, or combination of deficiencies, such that there is a reasonable possibility that a material misstatement of the financial statements will not be prevented or detected. A *significant deficiency* is a deficiency, or combination of deficiencies, that is less severe than a material weakness yet important enough to merit attention by those charged with governance.

- Identifying, and disclosing to us, all known deficiencies in the design or operation of internal control over financial reporting, including disclosure controls, that were identified as part of management's assessment or otherwise, including, specifically, identifying all such deficiencies that are material weaknesses and other significant deficiencies, if any.