Jeanette E. McPherson, Esq., NV Bar No. 5423
Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for Yvette Weinstein, Trustee*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LIONEL SAWYER & COLLINS, LTD.,<br><br>Debtor. | Case No. BK-S-15-10462-MKN<br><br>Chapter 7<br><br>**DECLARATION OF JEANETTE E. MCPHERSON IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR AMENDED MOTION TO EMPLOY PIERCY BOWLER TAYLOR & KERN, *NUNC PRO TUNC***<br><br>Date: OST Requested<br>Time: OST Requested |

I, Jeanette E. McPherson, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct:

1. An Amended Motion To Employ Piercy Bowler Taylor & Kern, *Nunc Pro Tunc* ("Motion") has been filed. As set forth in the Motion, the Trustee respectfully requests that this Court enter an order authorizing the employment of Piercy Bowler Taylor & Kern ("PBT&K") to provide to the Trustee: 1) tax preparation services, including without limitation, the preparation and filing of the Debtor's tax return for the year 2014, and 2) services for the Lionel Sawyer & Collins, Ltd. Profit Sharing Plan in connection with its annual reporting requirements under the Employee Retirement Income Security Act of 1974 ("ERISA") and related regulations ("ERISA Annual Reporting") for the years 2014 and 2015.

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. The Motion is requested to be heard on shortened time due to the deadlines that

exist under applicable law to submit the required documents. I have been told that the deadline to submit the ERISA Annual Reporting is no later than October 15, 2015. As a result, the Trustee seeks to have this matter heard as soon as possible and in advance of this deadline to be able to timely meet this deadline.

DATED: September 24, 2015.

*/s/ Jeanette E. McPherson*
Jeanette E. McPherson

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122