Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for Yvette Weinstein, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LIONEL SAWYER & COLLINS, LTD.,<br><br>Debtor. | Case No. BK-S-15-10462-MKN<br><br>Chapter 7<br><br>**NOTICE OF HEARING REGARDING OBJECTION TO CLAIM NO. 75 OF PAULSON PARTIES TRUST DATED AUGUST 6, 2014; HUGO R. PAULSON, A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY; THE LODGE, LLC; YOUGO, LLC; CHARLES ANTHONY ORCHARD, LLC; AZURE SEAS, LLC; AND AZURE SEAS HOLDINGS, LLC**<br><br>Hearing Date: January 31, 2018<br>Hearing Time: 2:30 p.m. |

**NOTICE IS HEREBY GIVEN** that Yvette Weinstein, Chapter 7 Trustee (the "Trustee"), by and through her proposed counsel, has filed an Objection To Claim No. 75 Of Paulson Parties Trust Dated August 6, 2014; Hugo R. Paulson, A Married Man Dealing With His Sole And Separate Property; The Lodge, LLC; YouGo, LLC; Charles Anthony Orchard, LLC; Azure Seas, LLC; And Azure Seas Holdings, LLC (the "Objection"). The Objection requests an order disallowing Claim No. 75 because the claim is barred pursuant to the doctrines of claim preclusion and issue preclusion and because it lacks supporting documentation.

///

///

///

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

A copy of the Objection may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting Schwartzer & McPherson Law Firm, by email: bkfilings@s-mlaw.com; telephone: (702) 228-7590; or fax: (702) 892-0122.

NOTICE IS FURTHER GIVEN that the hearing on the Objection may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on **January 31, 2018 at 2:30 p.m.**

Dated: December 28, 2017

*/s/ Jeanette E. McPherson*
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Counsel for Yvette Weinstein, Trustee*