Jeanette E. McPherson, Esq., NV Bar No. 5423
Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Attorneys for Yvette Weinstein, Trustee*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LIONEL SAWYER & COLLINS, LTD.,<br><br>Debtor. | Case No. BK-S-15-10462-MKN<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION TO CLAIM NO. 75 OF PAULSON PARTIES TRUST DATED AUGUST 6, 2014; HUGO R. PAULSON, A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY; THE LODGE, LLC; YOUGO, LLC; CHARLES ANTHONY ORCHARD, LLC; AZURE SEAS, LLC; AND AZURE SEAS HOLDINGS, LLC**<br><br>Hearing Date: January 31, 2018<br>Hearing Time: 2:30 p.m. |

NOTICE IS HEREBY GIVEN that an *Order Sustaining Objection To Claim No. 75 Of Paulson Parties Trust Dated August 6, 2014; Hugo R. Paulson, A Married Man Dealing With His Sole And Separate Property; The Lodge, LLC; Yougo, LLC; Charles Anthony Orchard, LLC; Azure Seas, LLC; And Azure Seas Holdings, LLC* was entered on February 2, 2018, a copy of which is attached hereto.

Dated this 6th day of February, 2018.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Attorneys for Yvette Weinstein, Trustee*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**CERTIFICATE OF SERVICE**

1. On **June 14, 2017**, I caused to be served the following document:

   a. *Notice Of Entry Of Order Sustaining Objection To Claim No. 75 Of Paulson Parties Trust Dated August 6, 2014; Hugo R. Paulson, A Married Man Dealing With His Sole And Separate Property; The Lodge, LLC; Yougo, LLC; Charles Anthony Orchard, LLC; Azure Seas, LLC; And Azure Seas Holdings, LLC.*

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **By ECF System (on 2/6/2018)**:

PETER M. ANGULO on behalf of Interested Party JOHN J CAHILL
pangulo@ocgd.com, manthis@ocgas.com

ANTHONY W. AUSTIN on behalf of Interested Party FENNEMORE CRAIG, P.C.
aaustin@fclaw.com, ghardin@fclaw.com

BRETT A. AXELROD on behalf of Creditor CCRP/AG BOFA PLAZA OWNER, LLC
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor PAUL B. BANCROFT
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

TERRY A COFFING on behalf of Defendant AMERICAN LEGION CHINA POST 1 - THE GENERALS WARD & CHENNAULT & LT. HELSETH POST
tcoffing@maclaw.com, smong@maclaw.com

TERRY A COFFING on behalf of Defendant H. OWNBY
tcoffing@maclaw.com, smong@maclaw.com

TERRY A COFFING on behalf of Interested Party AMERICAN LEGION CHINA POST I - THE GENERALS WARDS & CHENNAULT & LT HELSETH POST
tcoffing@maclaw.com, smong@maclaw.com

TERRY A COFFING on behalf of Interested Party H. OWNBY
tcoffing@maclaw.com, smong@maclaw.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

MARK J. CONNOT on behalf of Creditor CCRP/AG BOFA PLAZA OWNER, LLC
mconnot@foxrothschild.com, jmagee@foxrothschild.com

RICHARD I. DREITZER on behalf of Creditor VALLEY HEALTH SYSTEM
Richard.Dreitzer@wilsonelser.com, EfileLasVegas@wilsonelser.com

HOLLY E ESTES on behalf of Counter-Claimant CERBERUS HOLDINGS, LLC
hestes@esteslawpc.com

HOLLY E ESTES on behalf of Creditor CERBERUS HOLDINGS, LLC
hestes@esteslawpc.com

HOLLY E ESTES on behalf of Defendant CERBERUS HOLDINGS, LLC
hestes@esteslawpc.com

KERRY P. FAUGHNAN on behalf of Defendant LUIS MUNOZ
kerry.faughnan@gmail.com, filings@docprep.info

KERRY P. FAUGHNAN on behalf of Defendant LUZ MUNOZ
kerry.faughnan@gmail.com, filings@docprep.info

KERRY P. FAUGHNAN on behalf of Defendant SCOTT SIBLEY
kerry.faughnan@gmail.com, filings@docprep.info

MICHAEL N FEDER on behalf of Interested Party RENEE KOVIAK
mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;MCarter@dickinson-wright.com

JASON M. GERBER on behalf of Defendant AMERICAN LEGION CHINA POST 1 - THE GENERALS WARD & CHENNAULT & LT. HELSETH POST
jgerber@maclaw.com, sboggs@maclaw.com

JASON M. GERBER on behalf of Defendant H. OWNBY
jgerber@maclaw.com, sboggs@maclaw.com

JASON A. IMES on behalf of Plaintiff YVETTE WEINSTEIN
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Trustee YVETTE WEINSTEIN
bkfilings@s-mlaw.com

BRIAN T KUNZI on behalf of Interested Party STATE BAR OF NEVADA
briank@nvbar.org
ZACHARIAH LARSON on behalf of Debtor LIONEL SAWYER & COLLINS, LTD.
carey@lzklegal.com, mzirzow@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com
JEANETTE E. MCPHERSON on behalf of Counter-Defendant YVETTE WEINSTEIN
bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Defendant YVETTE WEINSTEIN
bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Plaintiff YVETTE WEINSTEIN
bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Trustee YVETTE WEINSTEIN
bkfilings@s-mlaw.com
DENNIS D MILLER on behalf of Creditor CCRP/AG BOFA PLAZA OWNER, LLC
dmiller@lubinolson.com
AMANDA M. PERACH on behalf of Creditor CAESARS ENTERTAINMENT OPERATING COMPANY, INC.
aperach@mcdonaldcarano.com, kkirn@mcdonaldcarano.com
AMANDA M. PERACH on behalf of Creditor JDLB, LLC
aperach@mcdonaldcarano.com, kkirn@mcdonaldcarano.com
AMANDA M. PERACH on behalf of Plaintiff CAESARS ENTERTAINMENT OPERATING COMPANY, INC.
aperach@mcdonaldcarano.com, kkirn@mcdonaldcarano.com
JOSHUA H. REISMAN on behalf of Defendant FAMILIAN DEVELOPMENT GROUP
jreisman@rsnvlaw.com
LENARD E. SCHWARTZER on behalf of Defendant YVETTE WEINSTEIN
bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Trustee YVETTE WEINSTEIN
bkfilings@s-mlaw.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

ALAN D. SMITH on behalf of Creditor ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC., A RISK RETENTION GROUP
adsmith@perkinscoie.com, docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com
WOLFE THOMPSON on behalf of Defendant DOMINIC MARROCCO
wolfe@wolfelawyer.com
U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov
KATIE M. WEBER on behalf of Creditor WESTERN ALLIANCE BANK
kw@slwlaw.com, gmd@slwlaw.com
YVETTE WEINSTEIN
yweinsteinhsd@earthlink.net, NV08@ecfcbis.com
YVETTE WEINSTEIN on behalf of Trustee YVETTE WEINSTEIN
yweinsteinhsd@earthlink.net, NV08@ecfcbis.com
MICHAEL B WIXOM on behalf of Creditor WESTERN ALLIANCE BANK
mbw@slwlaw.com, mwarner@slwlaw.com
NEAL L. WOLF on behalf of Defendant MERNEPTAH INC.
nwolf@freeborn.com, dwolski@freeborn.com;bskrobacz@freeborn.com
RYAN J. WORKS on behalf of Creditor CAESARS ENTERTAINMENT OPERATING COMPANY, INC.
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
RYAN J. WORKS on behalf of Plaintiff CAESARS ENTERTAINMENT OPERATING COMPANY, INC.
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

☐ b. **By United States mail, postage fully prepaid**

☐ c. **By Personal Service**

☐ I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**

I caused the document to be sent to the persons at the email addresses listed below.

☐ e. **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: February 6, 2018

| | |
|---|---|
| Taylor Jorgensen | /s/ Taylor Jorgensen |
| (Name of Declarant) | (Signature of Declarant) |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 02, 2018

Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for Yvette Weinstein, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LIONEL SAWYER & COLLINS, LTD.,<br><br>Debtor. | Case No. BK-S-15-10462-MKN<br><br>Chapter 7<br><br>**ORDER SUSTAINING OBJECTION TO CLAIM NO. 75 OF PAULSON PARTIES TRUST DATED AUGUST 6, 2014; HUGO R. PAULSON, A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY; THE LODGE, LLC; YOUGO, LLC; CHARLES ANTHONY ORCHARD, LLC; AZURE SEAS, LLC; AND AZURE SEAS HOLDINGS, LLC**<br><br>Hearing Date: January 31, 2018<br>Hearing Time: 2:30 p.m. |

The Objection To Claim No. 75 Of PAULSON PARTIES TRUST DATED AUGUST 6, 2014; Hugo R. Paulson, a married man dealing with his sole and separate property; The Lodge, LLC; YouGo, LLC; Charles Anthony Orchard, LLC; Azure Seas, LLC; and Azure Seas Holdings, LLC (the "Objection") having come before this Court on January 31, 2018; Yvette Weinstein, Chapter 7 Trustee, appearing by and through her counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm and no other appearances having been

made; the Court having reviewed the Objection and supporting pleadings; the Court having made its findings of fact and conclusions of law which are incorporated herein pursuant to Federal Rule of Civil Procedure, Rule 52, made applicable in this proceeding pursuant to Federal Rules of Bankruptcy Procedure, Rules 7052 and 9019; and the Objection having been properly noticed and there being no response, and for good cause shown, it is hereby

**ORDERED** that the Objection To Claim No. 75 Of PAULSON PARTIES TRUST DATED AUGUST 6, 2014; Hugo R. Paulson, a married man dealing with his sole and separate property; The Lodge, LLC; YouGo, LLC; Charles Anthony Orchard, LLC; Azure Seas, LLC; and Azure Seas Holdings, LLC is **SUSTAINED** and Claim No. 75 filed by the Paulson Parties Trust Dated August 6, 2014; Hugo R. Paulson, a married man dealing with his sole and separate property; The Lodge, LLC; YouGo, LLC; Charles Anthony Orchard, LLC; Azure Seas, LLC; and Azure Seas Holdings, LLC is **DISALLOWED**.

Submitted by:

/s/ Jeanette E. McPherson
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Counsel for Yvette Weinstein, Chapter 7 Trustee*

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm

###